## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| JORETTA WILLIAMS, | § | |
| | § | |
| **PLAINTIFF,** | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. _____ |
| WAL-MART STORES TEXAS, LLC, | § | |
| WALMART INC., WIN-HOLT, | § | |
| CANNON EQUIPMENT, AND | § | |
| NATIONAL CART CO., | § | |
| | § | |
| **DEFENDANTS.** | § | |

## INDEX OF STATE COURT PLEADINGS AND FILING DATES

| TAB | DOCUMENT | DATE |
|---|---|---|
| 1. | State Court Docket Sheet of the 355th Judicial District Court, Hood Court, Texas, Cause Number C2024139 | 06/19/2024 |
| 2. | Plaintiff's Original Petition | 05/22/2024 |
| 3. | Citation for Cannon Equipment | 05/28/2024 |
| 4. | Citation for National Cart Co. | 05/24/2024 |
| 5. | Citation for Walmart Inc. | 05/24/2024 |
| 6. | Citation for Wal-Mart Stores Texas, LLC | 05/24/2024 |
| 7. | Citation for Win-Holt | 05/29/2024 |
| 8. | Return of Service for Wal-Mart Stores Texas, LLC | 05/28/2024 |
| 9. | Return of Service for Cannon Equipment | 06/04/2024 |
| 10. | Return of Service for Win-Holt | 05/29/2024 |
| 11. | Return of Service for Walmart Inc. | 05/29/2024 |

| 12. | Return of Service for National Cart Co. | 06/07/2024 |
|---|---|---|
| 13. | Walmart Defendants' Original Answer | 06/14/2024 |
| 14. | National Cart's Original Answer | 06/14/2024 |
| 15. | Win-Holt's Original Answer | 06/17/2024 |
| 16. | Motion to Withdraw and Substitute Counsel | 06/19/2024 |
| 17. | Cannon Equipment's Original Answer | 06/20/2024 |

# TAB NO. 1

# REGISTER OF ACTIONS
## CASE NO. C2024139

| | | |
|---|---|---|
| **JORETTA WILLIAMS VS. WAL-MART STORES TEXAS, LLC, WALMART INC., WIN-HOLT, CANNON EQUIPMENT, AND NATIONAL CART CO.,** | § § § § § | Case Type:  **Injury/Damage - Other Injury or Damage**<br>Date Filed:  **05/22/2024**<br>Location:  **355th Court** |

---

### PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| Defendant | **Cannon Equipment** | **Pro Se** |
| Defendant | **National Cart Co.** | **BRITTANY L. DAVIS**<br>*Retained*<br>214-698-8000(W)<br><br>SUSAN ABBOTT SCHWARTZ<br>*Retained*<br>214-698-8000(W) |
| Defendant | **Wal-Mart Stores Texas, LLC** | **STACY HOFFMAN BRUCE**<br>*Retained*<br>214-220-5200(W) |
| Defendant | **Walmart Inc.** | **STACY HOFFMAN BRUCE**<br>*Retained*<br>214-220-5200(W) |
| Defendant | **Win-Holt** | **CARRIE L. GARCIA SANDERS**<br>*Retained*<br>214-721-6245(W) |
| Plaintiff | **Williams, Joretta** | **ROLANDO DE LA GARZA**<br>*Retained*<br>682-738-4691(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | | |
|---|---|---|---|
| 05/22/2024 | **Original Petition (OCA)** | | |
| 05/22/2024 | **Jury Fee Paid** | | |
| 05/22/2024 | **JUDICIAL DOCKET SHEET** | | |
| 05/23/2024 | **Citation** | | |
| 05/23/2024 | **Citation-Other** | | |
| | Wal-Mart Stores Texas, LLC | Served | 05/24/2024 |
| | | Returned | 05/28/2024 |
| | Walmart Inc. | Served | 05/24/2024 |
| | | Returned | 05/29/2024 |
| | Win-Holt | Served | 05/29/2024 |
| | | Returned | 05/30/2024 |
| | Cannon Equipment | Served | 05/28/2024 |
| | | Returned | 06/04/2024 |
| | National Cart Co. | Served | 05/24/2024 |
| | | Returned | 06/07/2024 |
| 05/28/2024 | **Citation Service Date** | | |
| 05/29/2024 | **Citation Service Date** | | |
| 05/30/2024 | **Citation Service Date** | | |
| 06/04/2024 | **Citation Service Date** | | |
| 06/07/2024 | **Citation Service Date** | | |
| 06/14/2024 | **Original Answer** | | |
| 06/14/2024 | **Original Answer** | | |
| 06/17/2024 | **Original Answer** | | |

---

### FINANCIAL INFORMATION

| **Plaintiff** Williams, Joretta

| | | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | 400.00 |
| | Total Payments and Credits | | | 400.00 |
| | **Balance Due as of 06/19/2024** | | | **0.00** |
| 05/22/2024 | Transaction Assessment | | | 400.00 |
| 05/22/2024 | Efile Texas Payment | Receipt # 2024-202540 | Williams, Joretta | (263.00) |
| 05/22/2024 | State Credit | | | (137.00) |

# TAB NO. 2

**Electronically Filed**
**5/22/2024 11:23 AM**
**District Clerk**
**Hood County, Texas**

CAUSE NO. <u>C2024139</u>

| | | |
|---|---|---|
| **JORETTA WILLIAMS,** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **HOOD COUNTY, TEXAS** |
| | § | |
| **WAL-MART STORES TEXAS, LLC,** | § | |
| **WALMART INC., WIN-HOLT,** | § | |
| **CANNON EQUIPMENT, AND** | § | |
| **NATIONAL CART CO.,** | § | |
| | § | |
| **Defendants.** | § | <u>355TH</u> **JUDICIAL DISTRICT** |

## PLAINTIFF'S ORIGINAL PETITION

Plaintiff Joretta Williams ("Plaintiff") files this Original Petition complaining of Defendants Wal-Mart Stores Texas, LLC, Walmart Inc., Win-Holt, Cannon Equipment, and National Cart Co. ("Defendants").

### I. DISCOVERY CONTROL PLAN

Discovery is intended to be conducted under Level 3 pursuant to Rule 190 of the TEXAS RULES OF CIVIL PROCEDURE.

### II. JURY TRIAL

Plaintiff demands a trial by jury and includes the appropriate jury fees.

### III. RULE 47 PLEADING REQUIREMENTS

As required by Rule 47(b), Texas Rules of Civil Procedure, Plaintiff's counsel states that the damages sought are in an amount within the jurisdictional limits of this Court. As required by Rule 47(c), Texas Rules of Civil Procedure, Plaintiff's counsel states that Plaintiff seeks monetary relief of over $1,000,000. The amount of monetary relief

actually awarded, however, will ultimately be determined by a jury.  Plaintiff also seeks pre-judgment and post-judgment interest at the highest legal rate.

## IV.  PARTIES

Plaintiff Joretta Williams is an individual resident of Rainbow, Somervell County, Texas. Her driver's license is *****310.

Defendant Wal-Mart Stores Texas, LLC is a Delaware Corporation whose registered agent for service of legal process is CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.  Service of suit to Defendant can be effected via certified mail, return receipt requested, upon its registered agent CT Corporation System, 1999 Bryan Street, Ste. 900, Dallas, TX  75201.

Defendant Walmart Inc. is a Delaware Corporation whose registered agent for service of legal process is CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.  Service of suit to Defendant can be effected via certified mail, return receipt requested, upon its registered agent CT Corporation System, 1999 Bryan Street, Ste. 900, Dallas, TX  75201.

Defendant, Win-Holt, in its assumed or common name, existing at 20 Crossways Park Drive North # 205, Woodbury, NY 11797, may be served at principal place of business.

Defendant, Cannon Equipment, in its assumed or common name, existing at 324 Washington Street West, Cannon Falls, MN 55009, may be served at principal place of business.

Defendant, National Cart Co., in its assumed or common name, existing at 3125 Boschertown Road, St. Charles, MO 63301, may be served at principal place of business.

## V.  ASSUMED NAMES, AGENTS, AND EMPLOYEES

In the event any parties are misnamed or are not included herein, Plaintiff contends that such was "misidentification, misnomer," and/or such parties are/were "alter egos" of parties named herein.

Whenever alleged in this Petition that any non-natural Defendants did or failed to do any act or thing, it is meant that such Defendants' directors, officers, agents, servants, employees, representatives and/or contractors subject to such Defendants' control did or failed to do such act or thing and that at the time such conduct occurred, it occurred with the authorization and/or ratification of such Defendants and/or was done in the normal and routine course and scope of employment or agency of such Defendants' directors, officers, agents, servants, employees, representatives and/or contractors subject to such Defendants' control making that Defendants responsible and liable for all such conduct. Plaintiff invokes the doctrine of *respondeat superior*.

## VI.  JURISDICTION AND VENUE

The Court has jurisdiction over the controversy because the damages are within the jurisdictional limits of this Honorable Court.

This Court has venue over the parties to this action since the incident complained of herein occurred in Hood County, Texas. Venue therefore is proper in Hood County, Texas pursuant to the TEXAS CIVIL PRACTICE & REMEDIES CODE §15.002.

## VII.  FACTS

This lawsuit arises out of an incident that occurred on or about August 4, 2023 at Walmart Supercenter located on 735 East US Hwy 377, Granbury, Texas 76048, Hood County, Texas.

Plaintiff Joretta Williams was inside of Walmart Supercenter when a store employee who was pushing an Online Grocery Pickup Cart failed to pay attention and hit Plaintiff causing her to spin and fall on a shelf with frozen meat. She was in immediate pain. As a result of the incident, Plaintiff was injured and continues to suffer injuries and damages from this incident.

## VIII.  <u>CAUSES OF ACTION</u>

### A.      NEGLIGENCE (NEGLIGENT ACTIVITY)

At the time of The Incident, Defendants Wal-Mart Stores Texas, LLC, Walmart Inc., Win-Holt, Cannon Equipment, and National Cart Co. were negligent in one or more of the following particulars:

    a. In failing to keep such a lookout as a person of ordinary prudence would have kept under the same or similar circumstances;
    b. In failing to timely stop the equipment in order to avoid the collision in question;
    c. Pushing the equipment at a rate of speed which was greater than that which an ordinarily prudent person would have under the same or similar circumstances;
    d. In failing train how to handle equipment properly;
    e. In failing to maintain equipment in a safe condition;
    f. In following the customer too closely;
    g. In failing to take proper evasive action;
    h. In not instituting a operation policy on how to handle shopping carts.
    i. In failing to follow operation procedure on how to handle shopping carts.
    j. In failing to keep the equipment from hitting the Plaintiff.

Each of the foregoing acts or omissions, singularly or in combination with others, constituted negligence which proximately caused The Collision and Plaintiff's injuries and damages.

**B.      GROSS NEGLIGENCE**

Plaintiff would show the Court that the conduct of Defendants Wal-Mart Stores Texas, LLC, Walmart Inc., Win-Holt, Cannon Equipment, and National Cart Co. described herein, when viewed objectively from the Defendants' point of view at the time it occurred, involved an extreme degree of risk in light of the probability and magnitude of the potential harm to others and that Defendants nonetheless persisted in conscious indifference to the rights of others despite actual, subjective awareness of the risk of harm. As a result, the Court should impose damages sufficient to deter such conduct in the future. Specifically, Defendants Wal-Mart Stores Texas, LLC, Walmart Inc., Win-Holt, Cannon Equipment, and National Cart Co.'s purchase and continued use, of an online grocery pickup cart model (hereinafter "OGP cart") with an exposed, sharp metal edges at ankle-level, and no other preventative safety measures, on the store floor with heavy shopping traffic.

**C.      RESPONDEAT SUPERIOR**

At the time of the incident, all the agents, servants, and employees for Defendants, who were connected with the occurrence made the subject of this suit, were acting within the course and scope of their employment or official duties and in furtherance of the duties of their office or employment.  Defendants' agents, servants, and employees negligently permitted purchase and continued use, of the dangerous OGP cart with heavy shopping traffic.  This condition existed despite the fact Defendants or Defendants' agents, servants, and employees knew or should have known the existence of the condition and that there was a likelihood of a person being injured, as occurred to Plaintiff. Accordingly, Plaintiff hereby invokes and asserts the doctrine of *Respondeat Superior*, imputing any employee's

negligence on Defendants Wal-Mart Stores Texas, LLC, Walmart Inc., Win-Holt, Cannon Equipment, and National Cart Co.

## IX.  DAMAGES

As a proximate result of Defendants' negligence and/or premises liability, Plaintiff suffered personal injuries.  As a result of Plaintiff's injuries, Plaintiff suffered and seeks the following damages:

a.    Medical expenses: Plaintiff incurred bodily injuries which were caused by the collision and Plaintiff incurred medical expenses for treatment of such injuries. Plaintiff believes that, in reasonable medical probability such injuries will require the need for future medical care;

b.    Loss of earning capacity: Plaintiff lost wages as a result of the personal injuries sustained in the collision. Plaintiff reasonably believes that such injuries will diminish Plaintiff's earning capacity in the future;

c.    Physical pain: Plaintiff endured physical pain as a result of the personal injuries sustained in the collision and reasonably anticipates such pain will continue in the future;

d.    Mental anguish: Plaintiff endured mental anguish as a result of the personal injuries sustained in the collision and reasonably anticipates such mental anguish will continue in the future;

e.    Disfigurement: Plaintiff endured disfigurement as a result of the personal injuries sustained in the collision and reasonably anticipates such will continue in the future; and

f.    Physical impairment: Plaintiff endured physical impairment as a result of the personal injuries sustained in the collision and reasonably anticipates such in the future.

In the alternative, if it be shown that the Plaintiff suffered from any pre-existing injury, disease and/or condition at the time of the incident made the basis of the lawsuit, then such injury, disease and/or condition was aggravated and/or exacerbated by the negligence of the Defendants.

## X. AGGRAVATION

In the alternative, if it be shown that the Plaintiff suffered from any pre-existing injury, disease and/or condition at the time of the incident made the basis of the lawsuit,

then such injury, disease and/or condition was aggravated and/or exacerbated by the negligence of the Defendants.

## XI. U.S. LIFE TABLES

Notice is hereby given to the Defendants that Plaintiff intends to use the U.S. Life Tables as prepared by the Department of Health and Human Services.  Plaintiff requests that this Honorable Court take judicial notice of those rules, regulations, and statutes of the United States and the State of Texas, pursuant to Texas Rule of Evidence 201 and 1005.

## XII.  INTENT TO USE DEFENDANTS' DOCUMENTS

Plaintiff hereby gives notice of intent to utilize items produced in discovery against the party producing same.  The authenticity of such items is self-proven per TRCP 193.7.

## XIII.  RELIEF SOUGHT

As discovery takes place and testimony is given, Plaintiff will be in a better position to give the maximum amount of damages sought.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that the Defendants be cited to appear and answer herein, that this cause be set for trial before a jury, and that upon final hearing thereof, Plaintiff recover judgment against Defendants for:

1. Plaintiff's past medical expenses, which are reasonable and customary for the medical care received by Plaintiff;
2. Plaintiff's future medical expenses;
3. Plaintiff's lost wages in the past and loss of earning capacity in the future;
4. Plaintiff's physical pain and suffering in the past and future in an amount to be determined by the jury;
5. Plaintiff's mental anguish in the past and future in an amount to be determined by the jury;
6. Plaintiff's physical impairment in the past and future in an amount to be determined by the jury;
7. Plaintiff's disfigurement;
8. Interest on the judgment at the legal rate from the date of judgment;
9. Pre-judgment interest on Plaintiff's damages as allowed by law;

**PLAINTIFF'S ORIGINAL PETITION - Page 7**

10.  Exemplary damages;
11.  All costs of court; and
12.  Such other and further relief to which Plaintiff may be justly entitled.

Respectfully submitted,

**THE CAIN LAW FIRM, PC**

BY:  */s/ Rolando de la Garza*
**ROLANDO DE LA GARZA**
State Bar No. 24097579
E-Mail: Rolando@cainfirm.com
**W. BRETT CAIN**
State Bar No. 24048379
E-Mail: Brett@cainfirm.com
301 Commerce St., Ste. 2395
Ft. Worth, Texas 76102
Telephone: (817) 577-7777
Facsimile: (817) 573-4848
E-Service: eservice@cainfirm.com

**ATTORNEYS FOR PLAINTIFF**

# TAB NO. 3

TO:    CANNON EQUIPMENT
324 WASHINGTON STREET WEST
CANNON FALLS MN 55009

YOU ARE HEREBY COMMANDED TO APPEAR BY FILING A WRITTEN ANSWER TO THE PLAINTIFF'S ORIGINAL PETITION WITH THE DISTRICT CLERK, WHO IS THE CLERK FOR THE 355TH JUDICIAL DISTRICT COURT IN AND FOR HOOD COUNTY, LOCATED IN THE HOOD COUNTY JUSTICE CENTER, 1200 W. PEARL ST., CITY OF GRANBURY, TEXAS.

NOTICE: YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DOES NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU. IN ADDITION TO FILING A WRITTEN ANSWER WITH THE CLERK, YOU MAY BE REQUIRED TO MAKE INITIAL DISCLOSURES TO THE OTHER PARTIES OF THIS SUIT. THESE DISCLOSURES GENERALLY MUST BE MADE NO LATER THAN 30 DAYS AFTER YOU FILE YOUR ANSWER WITH THE CLERK. FIND OUT MORE AT TEXASLAWHELP.ORG

THIS SUIT IS NUMBERED C2024139, AND WAS FILED IN THE 355TH JUDICIAL DISTRICT COURT ON 05/22/2024 AND IS STYLED:

JORETTA WILLIAMS                                                    PLAINTIFF
        VS.
WAL-MART STORES TEXAS, LLC; WALMART INC.; WIN-HOLT; CANNON            DEFENDANT
EQUIPMENT; NATIONAL CART CO.

WHO ARE THE PARTIES IN THIS SUIT, AND THE NATURE OF THE SUIT IS SHOWN IN THE COPY OF THE PLAINTIFF'S PETITION, ATTACHED HERETO.

NAME & ADDRESS OF PLANTIFF'S ATTORNEY        WITNESS: ROBERTA ZAMARRON

ROLANDO DE LA GARZA                          CLERK OF THE DISTRICT COURT,
THE CAIN LAW FIRM PC                         HOOD COUNTY, TEXAS.
301 COMMERCE ST STE 2395                     ISSUED AND GIVEN UNDER MY HAND
FT WORTH TX 76102                            AND SEAL OF SAID COURT, AT
                                             OFFICE IN GRANBURY, TEXAS, THIS
ROBERTA ZAMARRON                             MAY 23, 2024
DISTRICT CLERK
RALPH H. WALTON, JR. JUSTICE CENTER,
1200 W. PEARL ST.
GRANBURY, TEXAS 76048                        BY  Sarah A Roach        DEPUTY

********************************************************************************************************

OFFICER'S OR AUTHORIZED PERSON'S RETURN

RECEIVED THIS CITATION ON THE _____ DAY OF _____, 2024, AT _____ O'CLOCK ___.M. AND EXECUTED AT _____ WITHIN THE COUNTY OF _____, STATE OF _____ON THE _____DAY OF _____,2024 AT _____O'CLOCK_____.M. BY DELIVERING TO THE WITHIN NAMED_____ A TRUE COPY THIS CITATION TOGETHER WITH THE ACCOMPANYING COPY OF THE PLAINTIFFS PETITION, HAVING FIRST ENDORSED ON SAME THE DATE OF DELIVERY. THE METHOD OF SERVICE WAS _____ THE UNDERSIGNED UPON OATH SAYS THAT HE/SHE IS A DISINTERESTED PERSON AND THAT HE/SHE IS OVER THE AGE OF 18 YEARS.

FEE $_____

_____
SHERIFF/CONSTABLE/AUTHORIZED PERSON
_____ COUNTY, TEXAS
BY_____DEPUTY
(MUST BE VERIFIED IF SERVED OUTSIDE THE STATE OF TEXAS OR SERVED BY A PERSON AUTHORIZED BY THE COURT.)

STATE OF _____ COUNTY OF _____ SIGNED AND SWORN TO BY THE SAID _____ BEFORE ME ON THIS THE _____ DAY OF _____, 2024.

NOTARY PUBLIC_____
COMMISSION EXPIRES: _____
(SEAL)                                       PRINTED NAME _____

# TAB NO. 4

TO:   NATIONAL CART CO.
      3125 BOSCHERTOWN ROAD
      ST. CHARLES MO 63301

      YOU ARE HEREBY COMMANDED TO APPEAR BY FILING A WRITTEN ANSWER TO THE PLAINTIFF'S ORIGINAL PETITION WITH THE DISTRICT CLERK, WHO IS THE CLERK FOR THE 355TH JUDICIAL DISTRICT COURT IN AND FOR HOOD COUNTY, LOCATED IN THE HOOD COUNTY JUSTICE CENTER, 1200 W. PEARL ST., CITY OF GRANBURY, TEXAS. NOTICE: YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DOES NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU. IN ADDITION TO FILING A WRITTEN ANSWER WITH THE CLERK, YOU MAY BE REQUIRED TO MAKE INITIAL DISCLOSURES TO THE OTHER PARTIES OF THIS SUIT. THESE DISCLOSURES GENERALLY MUST BE MADE NO LATER THAN 30 DAYS AFTER YOU FILE YOUR ANSWER WITH THE CLERK. FIND OUT MORE AT TEXASLAWHELP.ORG
      THIS SUIT IS NUMBERED C2024139, AND WAS FILED IN THE 355TH JUDICIAL DISTRICT COURT ON 05/22/2024 AND IS STYLED:

      JORETTA WILLIAMS                                 PLAINTIFF
          VS.
      WAL-MART STORES TEXAS, LLC; WALMART INC.; WIN-HOLT; CANNON      DEFENDANT
      EQUIPMENT; NATIONAL CART CO.

WHO ARE THE PARTIES IN THIS SUIT, AND THE NATURE OF THE SUIT IS SHOWN IN THE COPY OF THE PLAINTIFF'S PETITION, ATTACHED HERETO.

| | |
|---|---|
| NAME & ADDRESS OF PLANTIFF'S ATTORNEY | WITNESS: ROBERTA ZAMARRON |
| ROLANDO DE LA GARZA | CLERK OF THE DISTRICT COURT, |
| THE CAIN LAW FIRM PC | HOOD COUNTY, TEXAS. |
| 301 COMMERCE ST STE 2395 | ISSUED AND GIVEN UNDER MY HAND |
| FT WORTH TX 76102 | AND SEAL OF SAID COURT, AT |
| | OFFICE IN GRANBURY, TEXAS, THIS |
| ROBERTA ZAMARRON | MAY 23, 2024 |
| DISTRICT CLERK | |
| RALPH H. WALTON, JR. JUSTICE CENTER, | |
| 1200 W. PEARL ST. | |
| GRANBURY, TEXAS 76048 | BY: _Sarah A Roach_ DEPUTY |

*************************************************************************************************
OFFICER'S OR AUTHORIZED PERSON'S RETURN
      RECEIVED THIS CITATION ON THE _____ DAY OF _____, 2024, AT _____O'CLOCK ___.M. AND EXECUTED AT _____ WITHIN THE COUNTY OF _____, STATE OF _____ ON THE _____DAY OF _____,2024 AT _____ O'CLOCK _____.M. BY DELIVERING TO THE WITHIN NAMED_____ A TRUE COPY THIS CITATION TOGETHER WITH THE ACCOMPANYING COPY OF THE PLAINTIFFS PETITION, HAVING FIRST ENDORSED ON SAME THE DATE OF DELIVERY. THE METHOD OF SERVICE WAS _____ THE UNDERSIGNED UPON OATH SAYS THAT HE/SHE IS A DISINTERESTED PERSON AND THAT HE/SHE IS OVER THE AGE OF 18 YEARS.
FEE $_____

                                           SHERIFF/CONSTABLE/AUTHORIZED PERSON
                                         _____ COUNTY, TEXAS
                                  BY_____DEPUTY
(MUST BE VERIFIED IF SERVED OUTSIDE THE STATE OF TEXAS OR SERVED BY A PERSON AUTHORIZED BY THE COURT.)
STATE OF _____ COUNTY OF _____ SIGNED AND SWORN TO BY THE SAID _____ BEFORE ME ON THIS THE _____ DAY OF _____, 2024.

                        NOTARY PUBLIC_____
                        COMMISSION EXPIRES: _____
(SEAL)                PRINTED NAME _____

# TAB NO. 5

TO:   WALMART INC.
       REGISTERED AGENT: CT CORPORATION SYSTEM
       1999 BRYAN STREET, SUITE 900
       DALLAS TX  75201

      YOU ARE HEREBY COMMANDED TO APPEAR BY FILING A WRITTEN ANSWER TO THE PLAINTIFF'S ORIGINAL PETITION WITH THE DISTRICT CLERK, WHO IS THE CLERK FOR THE 355TH JUDICIAL DISTRICT COURT IN AND FOR HOOD COUNTY, LOCATED IN THE HOOD COUNTY JUSTICE CENTER, 1200 W. PEARL ST., CITY OF GRANBURY, TEXAS.
      NOTICE:  YOU HAVE BEEN SUED.  YOU MAY EMPLOY AN ATTORNEY.  IF YOU OR YOUR ATTORNEY DOES NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU. IN ADDITION TO FILING A WRITTEN ANSWER WITH THE CLERK, YOU MAY BE REQUIRED TO MAKE INITIAL DISCLOSURES TO THE OTHER PARTIES OF THIS SUIT. THESE DISCLOSURES GENERALLY MUST BE MADE NO LATER THAN 30 DAYS AFTER YOU FILE YOUR ANSWER WITH THE CLERK. FIND OUT MORE AT TEXASLAWHELP.ORG
      THIS SUIT IS NUMBERED C2024139, AND WAS FILED IN THE 355TH JUDICIAL DISTRICT COURT ON  05/22/2024 AND IS STYLED:

      JORETTA WILLIAMS                                    PLAINTIFF
         VS.
      WAL-MART STORES TEXAS, LLC; WALMART INC.; WIN-HOLT; CANNON      DEFENDANT
      EQUIPMENT; NATIONAL CART CO.

WHO ARE THE PARTIES IN THIS SUIT, AND THE NATURE OF THE SUIT IS SHOWN IN THE COPY OF THE PLAINTIFF'S PETITION, ATTACHED HERETO.

NAME & ADDRESS OF PLANTIFF'S ATTORNEY      WITNESS: ROBERTA ZAMARRON

ROLANDO DE LA GARZA                   CLERK OF THE DISTRICT COURT,
THE CAIN LAW FIRM PC                   HOOD COUNTY, TEXAS.
301 COMMERCE ST STE 2395             ISSUED AND GIVEN UNDER MY HAND
FT WORTH TX  76102                     AND SEAL OF SAID COURT, AT
                                      OFFICE IN GRANBURY, TEXAS, THIS
ROBERTA ZAMARRON                   MAY 23, 2024
DISTRICT CLERK
RALPH H. WALTON, JR. JUSTICE CENTER,
1200 W. PEARL ST.
GRANBURY, TEXAS 76048                         BY: _____ DEPUTY

*************************************************************************************************

OFFICER'S OR AUTHORIZED PERSON'S RETURN
      RECEIVED THIS CITATION ON THE _____ DAY OF _____, 2024, AT _____O'CLOCK ___.M. AND EXECUTED AT _____ WITHIN THE COUNTY OF _____, STATE OF _____ ON THE _____DAY OF _____,2024 AT _____ O'CLOCK _____.M. BY DELIVERING TO THE WITHIN NAMED_____ A TRUE COPY THIS CITATION TOGETHER WITH THE ACCOMPANYING COPY OF THE PLAINTIFFS PETITION, HAVING FIRST ENDORSED ON SAME THE DATE OF DELIVERY. THE METHOD OF SERVICE WAS _____ THE UNDERSIGNED UPON OATH SAYS THAT HE/SHE IS A DISINTERESTED PERSON AND THAT HE/SHE IS OVER THE AGE OF 18 YEARS.
FEE $_____

                                   _____
                                   SHERIFF/CONSTABLE/AUTHORIZED PERSON
                                   _____ COUNTY, TEXAS
                                    BY_____DEPUTY
(MUST BE VERIFIED IF SERVED OUTSIDE THE STATE OF TEXAS OR SERVED BY A PERSON AUTHORIZED BY THE COURT.)
STATE OF _____ COUNTY OF _____ SIGNED AND SWORN TO BY THE SAID _____ BEFORE ME ON THIS THE _____ DAY OF _____, 2024.

                        NOTARY PUBLIC_____
                        COMMISSION EXPIRES: _____
(SEAL)                      PRINTED NAME _____

# TAB NO. 6

TO:    WAL-MART STORES TEXAS, LLC
       1999 BRYAN STREET
       SUITE 900
       DALLAS TX 75201

YOU ARE HEREBY COMMANDED TO APPEAR BY FILING A WRITTEN ANSWER TO THE PLAINTIFF'S ORIGINAL PETITION WITH THE DISTRICT CLERK, WHO IS THE CLERK FOR THE 355TH JUDICIAL DISTRICT COURT IN AND FOR HOOD COUNTY, LOCATED IN THE HOOD COUNTY JUSTICE CENTER, 1200 W. PEARL ST., CITY OF GRANBURY, TEXAS.

NOTICE: YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DOES NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU. IN ADDITION TO FILING A WRITTEN ANSWER WITH THE CLERK, YOU MAY BE REQUIRED TO MAKE INITIAL DISCLOSURES TO THE OTHER PARTIES OF THIS SUIT. THESE DISCLOSURES GENERALLY MUST BE MADE NO LATER THAN 30 DAYS AFTER YOU FILE YOUR ANSWER WITH THE CLERK. FIND OUT MORE AT TEXASLAWHELP.ORG

THIS SUIT IS NUMBERED C2024139, AND WAS FILED IN THE 355TH JUDICIAL DISTRICT COURT ON 05/22/2024 AND IS STYLED:

| | |
|---|---|
| JORETTA WILLIAMS | PLAINTIFF |
| VS. | |
| WAL-MART STORES TEXAS, LLC; WALMART INC.; WIN-HOLT; CANNON EQUIPMENT; NATIONAL CART CO. | DEFENDANT |

WHO ARE THE PARTIES IN THIS SUIT, AND THE NATURE OF THE SUIT IS SHOWN IN THE COPY OF THE PLAINTIFF'S PETITION, ATTACHED HERETO.

NAME & ADDRESS OF PLANTIFF'S ATTORNEY            WITNESS: ROBERTA ZAMARRON

ROLANDO DE LA GARZA                              CLERK OF THE DISTRICT COURT,
THE CAIN LAW FIRM PC                             HOOD COUNTY, TEXAS.
301 COMMERCE ST STE 2395                         ISSUED AND GIVEN UNDER MY HAND
FT WORTH TX 76102                                AND SEAL OF SAID COURT, AT
                                                 OFFICE IN GRANBURY, TEXAS, THIS
ROBERTA ZAMARRON                                 MAY 23, 2024
DISTRICT CLERK
RALPH H. WALTON, JR. JUSTICE CENTER,
1200 W. PEARL ST.
GRANBURY, TEXAS 76048
                                                 BY: _Sarah A Roach_ DEPUTY
**************************************************************************************************

OFFICER'S OR AUTHORIZED PERSON'S RETURN
RECEIVED THIS CITATION ON THE _____ DAY OF _____, 2024, AT _____ O'CLOCK ___.M. AND EXECUTED AT _____ WITHIN THE COUNTY OF _____, STATE OF _____ ON THE _____ DAY OF _____,2024 AT _____ O'CLOCK _____.M. BY DELIVERING TO THE WITHIN NAMED_____ A TRUE COPY THIS CITATION TOGETHER WITH THE ACCOMPANYING COPY OF THE PLAINTIFFS PETITION, HAVING FIRST ENDORSED ON SAME THE DATE OF DELIVERY. THE METHOD OF SERVICE WAS _____ THE UNDERSIGNED UPON OATH SAYS THAT HE/SHE IS A DISINTERESTED PERSON AND THAT HE/SHE IS OVER THE AGE OF 18 YEARS.
FEE $_____
                                                 _____
                                                 SHERIFF/CONSTABLE/AUTHORIZED PERSON
                                                 _____ COUNTY, TEXAS
                                                 BY_____DEPUTY
(MUST BE VERIFIED IF SERVED OUTSIDE THE STATE OF TEXAS OR SERVED BY A PERSON AUTHORIZED BY THE COURT.)
STATE OF _____ COUNTY OF _____ SIGNED AND SWORN TO BY THE SAID _____ BEFORE ME ON THIS THE _____ DAY OF _____, 2024.
                                                 NOTARY PUBLIC_____
                                                 COMMISSION EXPIRES: _____
(SEAL)                                           PRINTED NAME _____

# TAB NO. 7

TO:   WIN-HOLT
      20 CROSSWAYS PARK DRIVE NORTH #205
      WOODBURY NY 11797

YOU ARE HEREBY COMMANDED TO APPEAR BY FILING A WRITTEN ANSWER TO THE PLAINTIFF'S ORIGINAL PETITION WITH THE DISTRICT CLERK, WHO IS THE CLERK FOR THE 355TH JUDICIAL DISTRICT COURT IN AND FOR HOOD COUNTY, LOCATED IN THE HOOD COUNTY JUSTICE CENTER, 1200 W. PEARL ST., CITY OF GRANBURY, TEXAS.

NOTICE: YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DOES NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU. IN ADDITION TO FILING A WRITTEN ANSWER WITH THE CLERK, YOU MAY BE REQUIRED TO MAKE INITIAL DISCLOSURES TO THE OTHER PARTIES OF THIS SUIT. THESE DISCLOSURES GENERALLY MUST BE MADE NO LATER THAN 30 DAYS AFTER YOU FILE YOUR ANSWER WITH THE CLERK. FIND OUT MORE AT TEXASLAWHELP.ORG

THIS SUIT IS NUMBERED C2024139, AND WAS FILED IN THE 355TH JUDICIAL DISTRICT COURT ON 05/22/2024 AND IS STYLED:

JORETTA WILLIAMS                                                PLAINTIFF
        VS.
WAL-MART STORES TEXAS, LLC; WALMART INC.; WIN-HOLT; CANNON          DEFENDANT
EQUIPMENT; NATIONAL CART CO.

WHO ARE THE PARTIES IN THIS SUIT, AND THE NATURE OF THE SUIT IS SHOWN IN THE COPY OF THE PLAINTIFF'S PETITION, ATTACHED HERETO.

NAME & ADDRESS OF PLANTIFF'S ATTORNEY          WITNESS: ROBERTA ZAMARRON

ROLANDO DE LA GARZA                            CLERK OF THE DISTRICT COURT,
THE CAIN LAW FIRM PC                           HOOD COUNTY, TEXAS.
301 COMMERCE ST STE 2395                       ISSUED AND GIVEN UNDER MY HAND
FT WORTH TX 76102                              AND SEAL OF SAID COURT, AT
                                               OFFICE IN GRANBURY, TEXAS, THIS
ROBERTA ZAMARRON                               MAY 23, 2024
DISTRICT CLERK
RALPH H. WALTON, JR. JUSTICE CENTER,
1200 W. PEARL ST.
GRANBURY, TEXAS 76048
                                               BY: _Sarah A Roach_ DEPUTY
*************************************************************************************************

OFFICER'S OR AUTHORIZED PERSON'S RETURN
RECEIVED THIS CITATION ON THE _____ DAY OF _____, 2024, AT _____O'CLOCK ___.M. AND EXECUTED AT _____ WITHIN THE COUNTY OF _____, STATE OF _____ ON THE _____DAY OF _____,2024 AT _____ O'CLOCK _____.M. BY DELIVERING TO THE WITHIN NAMED_____ A TRUE COPY THIS CITATION TOGETHER WITH THE ACCOMPANYING COPY OF THE PLAINTIFFS PETITION, HAVING FIRST ENDORSED ON SAME THE DATE OF DELIVERY. THE METHOD OF SERVICE WAS _____ THE UNDERSIGNED UPON OATH SAYS THAT HE/SHE IS A DISINTERESTED PERSON AND THAT HE/SHE IS OVER THE AGE OF 18 YEARS.

FEE $_____

                                               SHERIFF/CONSTABLE/AUTHORIZED PERSON
                                               _____ COUNTY, TEXAS
                                               BY_____DEPUTY
(MUST BE VERIFIED IF SERVED OUTSIDE THE STATE OF TEXAS OR SERVED BY A PERSON AUTHORIZED BY THE COURT.)
STATE OF _____ COUNTY OF _____ SIGNED AND SWORN TO BY THE SAID _____ BEFORE ME ON THIS THE _____ DAY OF _____, 2024.

                         NOTARY PUBLIC_____
                         COMMISSION EXPIRES: _____
(SEAL)                   PRINTED NAME _____

# TAB NO. 8

Electronically Filed
5/28/2024 2:47 PM
District Clerk
Hood County, Texas

CAUSE NO. <u>C2024139</u>

| | | |
|---|---|---|
| JORETTA WILLIAMS, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff(s), | § | |
| | § | |
| vs. | § | |
| | § | 355TH JUDICIAL DISTRICT |
| WAL-MART STORES TEXAS, LLC, | § | |
| WALMART, INC., WIN-HOLT, CANNON | § | |
| EQUIPMENT, AND NATIONAL CART CO., | § | |
| | § | |
| Defendant(s). | § | HOOD COUNTY, TEXAS |

## <u>RETURN OF SERVICE</u>

Came to my hand on **Thursday, May 23, 2024 at 4:24 PM,**
Executed at: **1999 BRYAN STREET, SUITE 900, DALLAS, TX 75201**
at **2:35 PM**, on **Friday, May 24, 2024,** by delivering to the within named:

### WAL-MART STORES TEXAS, LLC

by delivering to its **Registered Agent, CT CORPORATION SYSTEM**
by delivering to its **Authorized Employee, SHAINA FENIMORE**
a true copy of this

### CITATION and PLAINTIFF'S ORIGINAL PETITION

having first endorsed thereon the date of the delivery.

I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP."

**My name is Tracy Edwards, my date of birth is September 15, 1963 and my business address is 5470 L.B.J. Freeway, Dallas, Texas, 75240 in the county of Dallas, United States of America. I declare under penalty of perjury that the foregoing is true and correct.**

Executed in Dallas County, State of Texas, on Saturday, May 25, 2024

By: _____

**Tracy Edwards - PSC 1872 - Exp 03/31/26**
served@specialdelivery.com

THE STATE OF TEXAS

TO:    WAL-MART STORES TEXAS, LLC
       1999 BRYAN STREET
       SUITE 900
       DALLAS TX 75201

YOU ARE HEREBY COMMANDED TO APPEAR BY FILING A WRITTEN ANSWER TO THE PLAINTIFF'S ORIGINAL PETITION WITH THE DISTRICT CLERK, WHO IS THE CLERK FOR THE 355TH JUDICIAL DISTRICT COURT IN AND FOR HOOD COUNTY, LOCATED IN THE HOOD COUNTY JUSTICE CENTER, 1200 W. PEARL ST., CITY OF GRANBURY, TEXAS.
NOTICE: YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DOES NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU. IN ADDITION TO FILING A WRITTEN ANSWER WITH THE CLERK, YOU MAY BE REQUIRED TO MAKE INITIAL DISCLOSURES TO THE OTHER PARTIES OF THIS SUIT. THESE DISCLOSURES GENERALLY MUST BE MADE NO LATER THAN 30 DAYS AFTER YOU FILE YOUR ANSWER WITH THE CLERK. FIND OUT MORE AT TEXASLAWHELP.ORG
THIS SUIT IS NUMBERED C2024139, AND WAS FILED IN THE 355TH JUDICIAL DISTRICT COURT ON  05/22/2024 AND IS STYLED:

        JORETTA WILLIAMS                                            PLAINTIFF
             VS.
        WAL-MART STORES TEXAS, LLC; WALMART INC.; WIN-HOLT; CANNON       DEFENDANT
        EQUIPMENT; NATIONAL CART CO.

WHO ARE THE PARTIES IN THIS SUIT, AND THE NATURE OF THE SUIT IS SHOWN IN THE COPY OF THE PLAINTIFF'S PETITION, ATTACHED HERETO.

NAME & ADDRESS OF PLANTIFF'S ATTORNEY          WITNESS: ROBERTA ZAMARRON

ROLANDO DE LA GARZA                            CLERK OF THE DISTRICT COURT,
THE CAIN LAW FIRM PC                           HOOD COUNTY, TEXAS.
301 COMMERCE ST STE 2395                       ISSUED AND GIVEN UNDER MY HAND
FT WORTH TX 76102                              AND SEAL OF SAID COURT, AT
                                               OFFICE IN GRANBURY, TEXAS, THIS
ROBERTA ZAMARRON                               MAY 23, 2024
DISTRICT CLERK
RALPH H. WALTON, JR. JUSTICE CENTER,
1200 W. PEARL ST.
GRANBURY, TEXAS 76048                          BY: _____ DEPUTY
*********************************************************************************************

OFFICER'S OR AUTHORIZED PERSON'S RETURN
        RECEIVED THIS CITATION ON THE _____ DAY OF _____, 2024, AT _____ O'CLOCK ___.M. AND
EXECUTED AT _____ WITHIN THE COUNTY OF _____, STATE OF _____
ON THE ____DAY OF _____,2024 AT _____ O'CLOCK _____.M. BY DELIVERING TO THE WITHIN
NAMED_____ A TRUE COPY THIS CITATION TOGETHER WITH THE
ACCOMPANYING COPY OF THE PLAINTIFFS PETITION, HAVING FIRST ENDORSED ON SAME THE DATE OF DELIVERY.
THE METHOD OF SERVICE WAS _____ THE UNDERSIGNED UPON OATH SAYS THAT HE/SHE IS A
DISINTERESTED PERSON AND THAT HE/SHE IS OVER THE AGE OF 18 YEARS.
FEE $_____

                                               _____
                                               SHERIFF/CONSTABLE/AUTHORIZED PERSON
                                               _____ COUNTY, TEXAS
                                               BY_____ DEPUTY
(MUST BE VERIFIED IF SERVED OUTSIDE THE STATE OF TEXAS OR SERVED BY A PERSON AUTHORIZED BY THE COURT.)
STATE OF _____ COUNTY OF _____ SIGNED AND SWORN TO BY THE SAID
_____ BEFORE ME ON THIS THE _____ DAY OF

                RETURN / AFFIDAVIT                NOTARY PUBLIC_____

                PROOF / ATTACHED                  COMMISSION EXPIRES: _____
(SEAL)                                            PRINTED NAME _____

# TAB NO. 9

Electronically Filed
6/4/2024 3:01 PM
District Clerk
Hood County, Texas

## CAUSE NO. <u>C2024139</u>

| | | |
|---|---|---|
| JORETTA WILLIAMS, | § | IN THE DISTRICT COURT |
| | § | |
| *Plaintiff,* | § | |
| vs. | § | 355TH JUDICIAL DISTRICT |
| | § | |
| WAL-MART STORES TEXAS, LLC, | § | |
| WALMART, INC., WIN-HOLT, CANNON | § | |
| EQUIPMENT, AND NATIONAL CART CO., | § | |
| | § | HOOD COUNTY, TEXAS |
| *Defendants.* | § | |

## <u>RETURN OF SERVICE</u>

Came to my hand on **Friday, May 24, 2024 at 12:24 PM,**
Executed at: **324 WASHINGTON STREET WEST, CANNON FALLS, MN 55009**
at **1:19 PM, on Tuesday, May 28, 2024,** by delivering to the within named:

### CANNON EQUIPMENT

by personally delivering to **Vice President - Finance, STEPHANIE ZABEL**
a true copy of this

### CITATION and PLAINTIFF'S ORIGINAL PETITION

BEFORE ME, the undersigned authority, on this day personally appeared CHRIS F. MARTIN who after being duly sworn on oath states: "My name is CHRIS F. MARTIN. I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Minnesota. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

By _____

CHRIS F. MARTIN- Process Server o Minnesota
served@specialdelivery.com

Subscribed and Sworn to by CHRIS F. MARTIN, Before Me, the undersigned authority, on this
___ day of May, 2024.

ANGELA C STURM
NOTARY PUBLIC - MINNESOTA
County of Ramsey
Comm. # 1089664800033
My Commission Expires Jan. 31, 2029

_____
Notary Public in and for the State of Minnesota

**TO:** CANNON EQUIPMENT
324 WASHINGTON STREET WEST
CANNON FALLS MN 55009

THE STATE OF TEXAS

YOU ARE HEREBY COMMANDED TO APPEAR BY FILING A WRITTEN ANSWER TO THE PLAINTIFF'S ORIGINAL PETITION WITH THE DISTRICT CLERK, WHO IS THE CLERK FOR THE 355TH JUDICIAL DISTRICT COURT IN AND FOR HOOD COUNTY, LOCATED IN THE HOOD COUNTY JUSTICE CENTER, 1200 W. PEARL ST., CITY OF GRANBURY, TEXAS.

NOTICE: YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DOES NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU. IN ADDITION TO FILING A WRITTEN ANSWER WITH THE CLERK, YOU MAY BE REQUIRED TO MAKE INITIAL DISCLOSURES TO THE OTHER PARTIES OF THIS SUIT. THESE DISCLOSURES GENERALLY MUST BE MADE NO LATER THAN 30 DAYS AFTER YOU FILE YOUR ANSWER WITH THE CLERK. FIND OUT MORE AT TEXASLAWHELP.ORG

THIS SUIT IS NUMBERED C2024139, AND WAS FILED IN THE 355TH JUDICIAL DISTRICT COURT ON 05/22/2024 AND IS STYLED:

| | |
|---|---|
| JORETTA WILLIAMS | PLAINTIFF |
| VS. | |
| WAL-MART STORES TEXAS, LLC; WALMART INC.; WIN-HOLT; CANNON EQUIPMENT; NATIONAL CART CO. | DEFENDANT |

WHO ARE THE PARTIES IN THIS SUIT, AND THE NATURE OF THE SUIT IS SHOWN IN THE COPY OF THE PLAINTIFF'S PETITION, ATTACHED HERETO.

NAME & ADDRESS OF PLANTIFF'S ATTORNEY

ROLANDO DE LA GARZA
THE CAIN LAW FIRM PC
301 COMMERCE ST STE 2395
FT WORTH TX 76102

ROBERTA ZAMARRON
DISTRICT CLERK
RALPH H. WALTON, JR. JUSTICE CENTER,
1200 W. PEARL ST.
GRANBURY, TEXAS 76048

WITNESS: ROBERTA ZAMARRON
CLERK OF THE DISTRICT COURT,
HOOD COUNTY, TEXAS.
ISSUED AND GIVEN UNDER MY HAND
AND SEAL OF SAID COURT, AT
OFFICE IN GRANBURY, TEXAS, THIS
MAY 23, 2024

BY _____ DEPUTY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**OFFICER'S OR AUTHORIZED PERSON'S RETURN**

RECEIVED THIS CITATION ON THE _____ DAY OF _____, 2024, AT _____ O'CLOCK ___.M. AND EXECUTED AT _____ WITHIN THE COUNTY OF _____, STATE OF _____ ON THE ____ DAY OF _____ ,2024 AT _____ O'CLOCK _____.M. BY DELIVERING TO THE WITHIN NAMED_____ A TRUE COPY THIS CITATION TOGETHER WITH THE ACCOMPANYING COPY OF THE PLAINTIFFS PETITION, HAVING FIRST ENDORSED ON SAME THE DATE OF DELIVERY. THE METHOD OF SERVICE WAS _____ THE UNDERSIGNED UPON OATH SAYS THAT HE/SHE IS A DISINTERESTED PERSON AND THAT HE/SHE IS OVER THE AGE OF 18 YEARS.

FEE $_____

_____
SHERIFF/CONSTABLE/AUTHORIZED PERSON
_____ COUNTY, TEXAS
BY_____ DEPUTY

(MUST BE VERIFIED IF SERVED OUTSIDE THE STATE OF TEXAS OR SERVED BY A PERSON AUTHORIZED BY THE COURT.)

STATE OF _____ COUNTY OF _____ SIGNED AND SWORN TO BY THE SAID _____ , 2024. BEFORE ME ON THIS THE _____ DAY OF

NOTARY PUBLIC_____
COMMISSION EXPIRES: _____
PRINTED NAME _____

(SEAL)

RETURN / AFFIDAVIT
PROOF / ATTACHED

# TAB NO. 10

CAUSE NO. <u>C2024139</u>

| | | |
|---|---|---|
| JORETTA WILLIAMS, | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| **Plaintiff(s),** | § | |
| vs. | § | 355TH JUDICIAL DISTRICT |
| | § | |
| WAL-MART STORES TEXAS, LLC, | § | |
| WALMART, INC., WIN-HOLT, CANNON | § | |
| EQUIPMENT, AND NATIONAL CART CO., | § | |
| | § | HOOD COUNTY, TEXAS |
| **Defendant(s).** | § | |

## RETURN OF SERVICE

Came to my hand on **Friday, May 24, 2024 at 9:11 AM,**
Executed at: **20 CROSSWAYS PARK DRIVE NORTH, #205, WOODBURY, NY 11797**
at **11:13 AM,** on **Wednesday, May 29, 2024,** by delivering to the within named:

### WIN-HOLT

by personally delivering to **Authorized Employee, ELISE RODRIGUEZ**

a true copy of this

### CITATION and PLAINTIFF'S ORIGINAL PETITION

BEFORE ME, the undersigned authority, on this day personally appeared RICHARD SCHULTZ who after being duly sworn on oath states: "My name is RICHARD SCHULTZ. I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of New York. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

By _____
**RICHARD SCHULTZ – Process Server**

**Subscribed and Sworn to by RICHARD SCHULTZ, Before Me, the undersigned authority, on**
this ⎯⎯ day of May, 2024.

_____
**Notary Public in and for the State of New York**

GINA MARIE EANNUCCI
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01EA5075334
Qualified in Nassau County
Commission Expires 3/31/2027

TO:   WIN-HOLT
      20 CROSSWAYS PARK DRIVE NORTH #205
      WOODBURY NY  11797


      YOU ARE HEREBY COMMANDED TO APPEAR BY FILING A WRITTEN ANSWER TO THE PLAINTIFF'S ORIGINAL PETITION WITH THE DISTRICT CLERK, WHO IS THE CLERK FOR THE 355TH JUDICIAL DISTRICT COURT IN AND FOR HOOD COUNTY, LOCATED IN THE HOOD COUNTY JUSTICE CENTER, 1200 W. PEARL ST., CITY OF GRANBURY, TEXAS.
      NOTICE:  YOU HAVE BEEN SUED.  YOU MAY EMPLOY AN ATTORNEY.  IF YOU OR YOUR ATTORNEY DOES NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU. IN ADDITION TO FILING A WRITTEN ANSWER WITH THE CLERK, YOU MAY BE REQUIRED TO MAKE INITIAL DISCLOSURES TO THE OTHER PARTIES OF THIS SUIT. THESE DISCLOSURES GENERALLY MUST BE MADE NO LATER THAN 30 DAYS AFTER YOU FILE YOUR ANSWER WITH THE CLERK. FIND OUT MORE AT TEXASLAWHELP.ORG
      THIS SUIT IS NUMBERED C2024139, AND WAS FILED IN THE 355TH JUDICIAL DISTRICT COURT ON  05/22/2024 AND IS STYLED:


      JORETTA WILLIAMS                                  PLAINTIFF
          VS.
      WAL-MART STORES TEXAS, LLC; WALMART INC.; WIN-HOLT; CANNON        DEFENDANT
      EQUIPMENT; NATIONAL CART CO.


WHO ARE THE PARTIES IN THIS SUIT, AND THE NATURE OF THE SUIT IS SHOWN IN THE COPY OF THE PLAINTIFF'S PETITION, ATTACHED HERETO.

| | |
|---|---|
| NAME & ADDRESS OF PLANTIFF'S ATTORNEY | WITNESS: ROBERTA ZAMARRON |
| ROLANDO DE LA GARZA | CLERK OF THE DISTRICT COURT, |
| THE CAIN LAW FIRM PC | HOOD COUNTY, TEXAS. |
| 301 COMMERCE ST STE 2395 | ISSUED AND GIVEN UNDER MY HAND |
| FT WORTH TX  76102 | AND SEAL OF SAID COURT, AT |
| | OFFICE IN GRANBURY, TEXAS, THIS |
| ROBERTA ZAMARRON | MAY 23, 2024 |
| DISTRICT CLERK | |
| RALPH H. WALTON, JR. JUSTICE CENTER, | |
| 1200 W. PEARL ST. | |
| GRANBURY, TEXAS 76048 | BY: _Sarah A Roach_ DEPUTY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

OFFICER'S OR AUTHORIZED PERSON'S RETURN

      RECEIVED THIS CITATION ON THE _____ DAY OF _____, 2024, AT _____O'CLOCK ___.M. AND EXECUTED AT _____ WITHIN THE COUNTY OF _____, STATE OF _____ ON THE _____DAY OF _____,2024 AT _____ O'CLOCK _____.M. BY DELIVERING TO THE WITHIN NAMED_____ A TRUE COPY THIS CITATION TOGETHER WITH THE ACCOMPANYING COPY OF THE PLAINTIFFS PETITION, HAVING FIRST ENDORSED ON SAME THE DATE OF DELIVERY. THE METHOD OF SERVICE WAS _____ THE UNDERSIGNED UPON OATH SAYS THAT HE/SHE IS A DISINTERESTED PERSON AND THAT HE/SHE IS OVER THE AGE OF 18 YEARS.

FEE $_____

                               SHERIFF/CONSTABLE/AUTHORIZED PERSON
                             _____ COUNTY, TEXAS
                     BY_____DEPUTY
(MUST BE VERIFIED IF SERVED OUTSIDE THE STATE OF TEXAS OR SERVED BY A PERSON AUTHORIZED BY THE COURT.)
STATE OF _____ COUNTY OF _____ SIGNED AND SWORN TO BY THE SAID _____ BEFORE ME ON THIS THE _____ DAY OF _____, 2024.

                NOTARY PUBLIC_____
                COMMISSION EXPIRES: _____
                PRINTED NAME _____

RETURN / AFFIDAVIT
PROOF / ATTACHED

# TAB NO. 11

Electronically Filed
5/29/2024 12:57 PM
District Clerk
Hood County, Texas

## CAUSE NO. <u>C2024139</u>

| | | |
|---|---|---|
| JORETTA WILLIAMS, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff(s), | § | |
| | § | |
| vs. | § | |
| | § | 355TH JUDICIAL DISTRICT |
| WAL-MART STORES TEXAS, LLC, | § | |
| WALMART, INC., WIN-HOLT, CANNON | § | |
| EQUIPMENT, AND NATIONAL CART CO., | § | |
| | § | |
| Defendant(s). | § | HOOD COUNTY, TEXAS |

## <u>RETURN OF SERVICE</u>

Came to my hand on **Thursday, May 23, 2024 at 4:24 PM,**
Executed at: **1999 BRYAN STREET, SUITE 900, DALLAS, TX 75201**
at **2:35 PM,** on **Friday, May 24, 2024,** by delivering to the within named:

### WALMART INC.

by delivering to its **Registered Agent, CT CORPORATION SYSTEM**
by delivering to its **Authorized Employee, SHAINA FENIMORE**
a true copy of this

### CITATION and PLAINTIFF'S ORIGINAL PETITION

having first endorsed thereon the date of the delivery.

I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP."

**My name is Tracy Edwards, my date of birth is September 15, 1963 and my business address is 5470 L.B.J. Freeway, Dallas, Texas, 75240 in the county of Dallas, United States of America. I declare under penalty of perjury that the foregoing is true and correct.**

Executed in Dallas County, State of Texas, on Saturday, May 25, 2024

By: _____
**Tracy Edwards - PSC 1872 - Exp 03/31/26**
**served@specialdelivery.com**

THE  STATE  OF  TEXAS

TO:    WALMART INC.
        REGISTERED AGENT: CT CORPORATION SYSTEM
        1999 BRYAN STREET, SUITE 900
        DALLAS TX 75201

        YOU ARE HEREBY COMMANDED TO APPEAR BY FILING A WRITTEN ANSWER TO THE PLAINTIFF'S ORIGINAL
PETITION WITH THE DISTRICT CLERK, WHO IS THE CLERK FOR THE 355TH JUDICIAL DISTRICT COURT IN AND FOR
HOOD COUNTY, LOCATED IN THE HOOD COUNTY JUSTICE CENTER, 1200 W. PEARL ST., CITY OF GRANBURY, TEXAS.
        NOTICE:  YOU HAVE BEEN SUED.  YOU MAY EMPLOY AN ATTORNEY.  IF YOU OR YOUR ATTORNEY DOES NOT
FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT
FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A
DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU. IN ADDITION TO FILING A WRITTEN ANSWER WITH THE CLERK,
YOU MAY BE REQUIRED TO MAKE INITIAL DISCLOSURES TO THE OTHER PARTIES OF THIS SUIT. THESE DISCLOSURES
GENERALLY MUST BE MADE NO LATER THAN 30 DAYS AFTER YOU FILE YOUR ANSWER WITH THE CLERK. FIND OUT
MORE AT TEXASLAWHELP.ORG
        THIS SUIT IS NUMBERED C2024139, AND WAS FILED IN THE 355TH JUDICIAL DISTRICT COURT ON  05/22/2024 AND
IS STYLED:

        JORETTA WILLIAMS                                              PLAINTIFF
                VS.
        WAL-MART STORES TEXAS, LLC; WALMART INC.; WIN-HOLT; CANNON        DEFENDANT
        EQUIPMENT; NATIONAL CART CO.


WHO ARE THE PARTIES IN THIS SUIT, AND THE NATURE OF THE SUIT IS SHOWN IN THE COPY OF THE PLAINTIFF'S
PETITION, ATTACHED HERETO.

NAME & ADDRESS OF PLAINTIFF'S ATTORNEY        WITNESS: ROBERTA ZAMARRON

ROLANDO DE LA GARZA                            CLERK OF THE DISTRICT COURT,
THE CAIN LAW FIRM PC                           HOOD COUNTY, TEXAS.
301 COMMERCE ST STE 2395                        ISSUED AND GIVEN UNDER MY HAND
FT WORTH TX 76102                               AND SEAL OF SAID COURT, AT
                                                OFFICE IN GRANBURY, TEXAS, THIS
ROBERTA ZAMARRON                                MAY 23, 2024
DISTRICT CLERK
RALPH H. WALTON, JR. JUSTICE CENTER,
1200 W. PEARL ST.
GRANBURY, TEXAS 76048                           BY: _____
*********************************************************************************************

OFFICER'S OR AUTHORIZED PERSON'S RETURN
        RECEIVED THIS CITATION ON THE _____ DAY OF _____, 2024, AT _____ O'CLOCK ___.M. AND
EXECUTED AT _____ WITHIN THE COUNTY OF _____, STATE OF _____
ON THE _____ DAY OF _____,2024 AT _____ O'CLOCK _____.M. BY DELIVERING TO THE WITHIN
NAMED_____ A TRUE COPY THIS CITATION TOGETHER WITH THE
ACCOMPANYING COPY OF THE PLAINTIFFS PETITION, HAVING FIRST ENDORSED ON SAME THE DATE OF DELIVERY.
THE METHOD OF SERVICE WAS _____ THE UNDERSIGNED UPON OATH SAYS THAT HE/SHE IS A
DISINTERESTED PERSON AND THAT HE/SHE IS OVER THE AGE OF 18 YEARS.
FEE $_____
                                                _____
                                                SHERIFF/CONSTABLE/AUTHORIZED PERSON
                                                _____ COUNTY, TEXAS
                                                BY_____DEPUTY
(MUST BE VERIFIED IF SERVED OUTSIDE THE STATE OF TEXAS OR SERVED BY A PERSON AUTHORIZED BY THE COURT.)
STATE  OF  _____  COUNTY  OF  _____  SIGNED  AND  SWORN  TO  BY  THE  SAID
_____  BEFORE  ME  ON  THIS  THE  _____  DAY  OF
_____, 2024.
                                                NOTARY PUBLIC_____
                                                COMMISSION EXPIRES: _____
(SEAL)                                           PRINTED NAME _____

RETURN / AFFIDAVIT
PROOF / ATTACHED

# TAB NO. 12

Electronically Filed
6/7/2024 3:28 PM
District Clerk
Hood County, Texas

## CAUSE NO. <u>C2024139</u>

| | | |
|---|---|---|
| JORETTA WILLIAMS, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff(s), | § | |
| vs. | § | 355TH JUDICIAL DISTRICT |
| | § | |
| WAL-MART STORES TEXAS, LLC, | § | |
| WALMART, INC., WIN-HOLT, CANNON | § | |
| EQUIPMENT, AND NATIONAL CART CO., | § | |
| | § | HOOD COUNTY, TEXAS |
| Defendant(s). | § | |

## <u>RETURN OF SERVICE</u>

Came to my hand on **Thursday, May 23, 2024 at 4:24 PM.**
Executed at: **3125 BOSCHERTOWN ROAD, ST CHARLES, MO 63301**
at **10:40 AM, on Friday, May 24, 2024,** by delivering to the within named:

### NATIONAL CART CO.

by personally delivering to **Chief Financial Officer, BRYAN GILLIS**
a true copy of this.

### CITATION and PLAINTIFF'S ORIGINAL PETITION

BEFORE ME, the undersigned authority, on this day personally appeared MARTIN HUECKEL who after being duly sworn on oath states: "My name is MARTIN HUECKEL. I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Missouri. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

By _____
      **MARTIN HUECKEL- Process Server of Missouri**
      served@specialdelivery.com

**Subscribed and Sworn to by MARTIN HUECKEL, Before Me, the undersigned authority, on this
_25_ day of May, 2024.**

NICK ZOTTI
Notary Public - Notary Seal
STATE OF MISSOURI
St. Charles County
My Commission Expires: Mar. 14, 2025
Commission #13460023

_____
Notary Public in and for the State of Missouri

THE STATE OF TEXAS

TO:    NATIONAL CART CO.
       3125 BOSCHERTOWN ROAD
       ST. CHARLES MO 63301

     YOU ARE HEREBY COMMANDED TO APPEAR BY FILING A WRITTEN ANSWER TO THE PLAINTIFF'S ORIGINAL PETITION WITH THE DISTRICT CLERK, WHO IS THE CLERK FOR THE 355TH JUDICIAL DISTRICT COURT IN AND FOR HOOD COUNTY, LOCATED IN THE HOOD COUNTY JUSTICE CENTER, 1200 W. PEARL ST., CITY OF GRANBURY, TEXAS.
     NOTICE:  YOU HAVE BEEN SUED.  YOU MAY EMPLOY AN ATTORNEY.  IF YOU OR YOUR ATTORNEY DOES NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU. IN ADDITION TO FILING A WRITTEN ANSWER WITH THE CLERK, YOU MAY BE REQUIRED TO MAKE INITIAL DISCLOSURES TO THE OTHER PARTIES OF THIS SUIT. THESE DISCLOSURES GENERALLY MUST BE MADE NO LATER THAN 30 DAYS AFTER YOU FILE YOUR ANSWER WITH THE CLERK. FIND OUT MORE AT TEXASLAWHELP.ORG
     THIS SUIT IS NUMBERED C2024139, AND WAS FILED IN THE 355TH JUDICIAL DISTRICT COURT ON  05/22/2024 AND IS STYLED:

        JORETTA WILLIAMS                                   PLAINTIFF
        VS.
        WAL-MART STORES TEXAS, LLC; WALMART INC.; WIN-HOLT; CANNON        DEFENDANT
        EQUIPMENT; NATIONAL CART CO.

WHO ARE THE PARTIES IN THIS SUIT, AND THE NATURE OF THE SUIT IS SHOWN IN THE COPY OF THE PLAINTIFF'S PETITION, ATTACHED HERETO.

NAME & ADDRESS OF PLANTIFF'S ATTORNEY         WITNESS: ROBERTA ZAMARRON

ROLANDO DE LA GARZA                   CLERK OF THE DISTRICT COURT,
THE CAIN LAW FIRM PC                   HOOD COUNTY, TEXAS.
301 COMMERCE ST STE 2395             ISSUED AND GIVEN UNDER MY HAND
FT WORTH TX 76102                     AND SEAL OF SAID COURT, AT
                                    OFFICE IN GRANBURY, TEXAS, THIS
ROBERTA ZAMARRON                  MAY 23, 2024
DISTRICT CLERK
RALPH H. WALTON, JR. JUSTICE CENTER,
1200 W. PEARL ST.
GRANBURY, TEXAS 76048                BY: _Sarah A Roach_  DEPUTY
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

OFFICER'S OR AUTHORIZED PERSON'S RETURN
     RECEIVED THIS CITATION ON THE _____ DAY OF _____, 2024, AT _____O'CLOCK ___.M. AND EXECUTED AT _____ WITHIN THE COUNTY OF _____, STATE OF _____ ON THE ____DAY OF _____,2024 AT _____ O'CLOCK _____.M. BY DELIVERING TO THE WITHIN NAMED_____ A TRUE COPY THIS CITATION TOGETHER WITH THE ACCOMPANYING COPY OF THE PLAINTIFFS PETITION, HAVING FIRST ENDORSED ON SAME THE DATE OF DELIVERY. THE METHOD OF SERVICE WAS _____ THE UNDERSIGNED UPON OATH SAYS THAT HE/SHE IS A DISINTERESTED PERSON AND THAT HE/SHE IS OVER THE AGE OF 18 YEARS.
FEE $_____

                                  _____
                                 SHERIFF/CONSTABLE/AUTHORIZED PERSON
                                  _____ COUNTY, TEXAS
                              BY _____ DEPUTY
(MUST BE VERIFIED IF SERVED OUTSIDE THE STATE OF TEXAS OR SERVED BY A PERSON AUTHORIZED BY THE COURT.)
STATE OF _____ COUNTY OF _____ SIGNED AND SWORN TO BY THE SAID
_____ BEFORE ME ON THIS THE _____ DAY OF _____, 2024.

                        NOTARY PUBLIC_____
                        COMMISSION EXPIRES: _____
(SEAL)      _RETURN / AFFIDAVIT PROOF / ATTACHED_    PRINTED NAME _____

# TAB NO. 13

Electronically Filed
6/14/2024 9:45 AM
District Clerk
Hood County, Texas

## CAUSE NO. C2024139

| | | |
|---|---|---|
| **JORETTA WILLIAMS** | § | **IN THE DISTRICT COURT** |
| | § | |
| **VS.** | § | **HOOD COUNTY, TEXAS** |
| | § | |
| **WAL-MART STORES TEXAS, LLC,** | § | |
| **WALMART INC., WIN-HOLT,** | § | |
| **CANNON EQUIPMENT AND NATIONAL** | § | |
| **CART CO.** | § | **355TH JUDICIAL DISTRICT** |

## WALMART DEFENDANTS' ORIGINAL ANSWER

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COME NOW**, Wal-Mart Stores Texas, LLC and Walmart Inc., Defendants in the above-referenced cause, and file this their Original Answer and respectfully show the Court the following:

### I.
### GENERAL DENIAL

Defendants generally deny each and every allegation contained in Plaintiff's Original Petition and demand strict proof thereof by preponderance of the credible evidence.

### II.
### RULE 193.7 NOTICE

Pursuant to Texas Rules of Civil Procedure 193.7, Defendants provide notice that they intend to use Plaintiff's production of all documents, tangible things and discovery items produced in response to discovery in any pre-trial proceeding or at trial.

### III.
### JURY DEMAND

Defendants further demand a trial by jury.

**WHEREFORE, PREMISES CONSIDERED,** Defendants pray that Plaintiff take nothing by this suit, that Defendants recover their costs, and for such other and further relief to which Defendants may be justly entitled at law or in equity.

Respectfully submitted,

**COBB MARTINEZ WOODWARD** P<small>LLC</small>
1700 Pacific Avenue, Suite 3100
Dallas, Texas 75201
214.220.5210
214.220.5299 Fax


By: */s/ Stacy Hoffman Bruce*
     **STACY HOFFMAN BRUCE**
     Texas Bar No. 24036793
     sbruce@cobbmartinez.com

**ATTORNEYS FOR DEFENDANTS**


<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to the following counsel of record either by telefax, certified mail, return receipt requested, e-mail and/or regular U.S. mail on this 14th day of June, 2024.

Rolando de la Garza
W. Brett Cain
The Cain Law Firm, PC
301 Commerce St., Suite 2395
Fort Worth, TX 76102


*/s/ Stacy Hoffman Bruce*
**STACY HOFFMAN BRUCE**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Missy Ramirez on behalf of Stacy Bruce
Bar No. 24036793
mramirez@cobbmartinez.com
Envelope ID: 88807474
Filing Code Description: Answer/ Response
Filing Description: Walmart Defendants' Original Answer
Status as of 6/14/2024 12:38 PM CST

Associated Case Party: Wal-Mart Stores Texas, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Stacy H.Bruce | | sbruce@cobbmartinez.com | 6/14/2024 9:45:41 AM | SENT |
| Missy Ramirez | | mramirez@cobbmartinez.com | 6/14/2024 9:45:41 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Rolando De La Garza | | rolando@cainfirm.com | 6/14/2024 9:45:41 AM | SENT |
| Eservice Cain Firm | | eservice@cainfirm.com | 6/14/2024 9:45:41 AM | SENT |
| Monica Luna | | mluna@cainfirm.com | 6/14/2024 9:45:41 AM | SENT |
| Teresa Reeves | | treeves@wslawpc.com | 6/14/2024 9:45:41 AM | SENT |

# TAB NO. 14

**Electronically Filed**
6/14/2024 4:21 PM
**District Clerk**
Hood County, Texas

CAUSE NO. C2024139

| | |
|---|---|
| JORETTA WILLIAMS | IN THE DISTRICTCOURT |
| Plaintiff, | |
| v. | 355TH JUDICIAL DISTRICT COURT, |
| WAL-MART STORES TEXAS, LLC, WALMART INC., WIN-HOLT, CANNON EQUIPTMENT, AND NATIONAL CART CO. | |
| Defendants. | HOOD COUNTY, TEXAS |

## DEFENDANT WIN-HOLT'S ORIGINAL ANSWER AND SPECIAL EXCEPTIONS TO PLAINTIFF'S ORIGINAL PETITION

Defendant Win-Holt ("Defendant") files this its Original Answer and Special Exceptions to Plaintiff's ("Plaintiff") Original Petition, and would respectfully show the Court as follows:

I.
## SPECIAL EXCEPTIONS

Defendant specially excepts to paragraph VIII (A) of Plaintiff's Original Petition. Specifically, Plaintiff claims "Defendants .... were negligent in one or more of the following particulars ...." Plaintiff lists an assortment of claims, none of which apply to this Defendant. This Defendant is entitled to know what Plaintiff is claiming are its acts of negligence alone, not together with another Defendant. These claims fail to give Defendant notice of the allegations against it. Defendant respectfully requests that this Court enter an Order sustaining this exception and requiring the Plaintiff to replead with specificity what acts and/or omissions that she alleges were committed by this Defendant, and that if Plaintiff fails to replead, that Plaintiff's general allegations of negligence be stricken in their entirety.

II.

This Defendant objects to Plaintiff's Original Petition as a whole to the extent that it refers generically to "Defendants" without identifying which of the five Defendants to which the

allegation refers. Defendant would request this Court enter an Order requiring the Plaintiff replead her petition in such a way to give fair notice concerning which Defendant specifically are implicated in each allegation. Defendant refers the Court specifically to paragraphs VII A & B, IX, and X of the Plaintiff's Original Petition.

III.

Defendant objects and specially excepts to Paragraph VII A of Plaintiff's Original Petition wherein Plaintiff alleges Defendants "were negligent in one or more of the following particulars," with a list of acts of omissions, none of which apply even remotely to this Defendant. Plaintiff's pleading fails to give Defendant fair notice of the allegations being made against it.

Specifically, this Defendant is a manufacturer. Plaintiff's Original Petition fails to state a claim against the cart manufacture on which to base a cause of action or liability. In addition, there is no allegation of a basis for which the manufacture of the cart would be vicariously liable for the negligence of others.

This negligence/ negligent activity/ premises liability claim is an inadequate allegation not recoverable in this suit under Texas Law and fail to state a claim for which relief can be granted. Defendant moves this Court to strike the same. Defendant respectfully requests that this Court enter an Order sustaining this exception and requiring the Plaintiff to replead with specificity what "acts and/or omissions" that she alleges were committed by this Defendant, and that if Plaintiff fails to replead, that Plaintiff's general allegations of negligence be stricken in their entirety.

IV.

Defendant objects and specially excepts to paragraph VIII B of Plaintiff's Original Petition for the reason that it asserts a claim for gross negligence yet fails to plead any facts or conduct by this Defendant which a claim for regular negligence, putting the cart before the horse. Defendant respectfully requests that this Court enter an Order sustaining this special exception and requiring

the Plaintiff to replead the specific acts of this Defendant which support a claim for negligence. Defendant further requests that if Plaintiff fails to replead, Plaintiff's allegations of gross negligence be stricken in their entirety.

### V.

Defendant objects and specially excepts to Plaintiff's Petition for the reason that it asserts a claim for gross negligence yet fails to plead any facts or conduct by this Defendant which support such a claim. Defendant respectfully requests that this Court enter an Order sustaining this special exception and requiring the Plaintiff to replead the specific acts of this Defendant which support a claim for gross negligence. Defendant further requests that if Plaintiff fails to replead, Plaintiff's allegations of gross negligence be stricken in their entirety.

### VI.

Defendant specially excepts to paragraph "XIII" of Plaintiff's Original Petition. Specifically, Plaintiff prays for "exemplary damages". However, this damage has not been pled for, as it not included in paragraph IX Damages. In addition, Plaintiff has not alleged any facts to support a claim for gross negligence. This prayer fails to give Defendant fair and reasonable notice of the damage claims being made, due to inconsistencies in the pleadings. Defendant moves this Court to strike the same.

### VII.
### GENERAL DENIAL

In accordance with Rule 92, Texas Rules of Civil Procedure, Defendant generally deny all allegations in Plaintiff's petition, and demands strict proof of every material issue of fact.

### VIII.
### AFFIRMATIVE DEFENSES PROXIMATE CAUSE

Defendant's acts or omissions were not the proximate cause of Plaintiff's injuries, as Plaintiff did not sustain injury from the occurrence in question.

IX.
## CONTRIBUTORY NEGLIGENCE- COMPARATIVE RESPONSIBILITY

Defendant would show that the negligence of the Plaintiff and/or one or more third parties and/or one or more Co-Defendants was/were the sole, or a partial, proximate cause of the accident and the injuries and damages alleged by Plaintiff. Pursuant to Chapter 33, Texas Civil Practice and Remedies Code, Defendant invokes the doctrine of comparative responsibility and would show that Defendant is entitled to an issue submitted to the jury on the comparative responsibility of Plaintiff and/or any third party and/or any Co-Defendant who/which caused, contributed or was responsible for this accident and the injuries and damages alleged by Plaintiff.

X.
## PAID OR INCURRED MEDICAL EXPENSES LIMITATION

Defendant specifically contends, in accordance with Texas Civil Practice and Remedies Code §41.0105, as interpreted by the Texas Supreme Court in *Aaron Glenn Haygood, Petitioner v. Margarita Garza De Escabedo, Respondent* (Tex. Sup. Ct. 2011), that recovery by Plaintiff of past medical or health care expenses, if any, that incurred in the accident identified in Plaintiff's Petition, and the relevant evidence of past medical and healthcare expenses, if any, that incurred in the accident identified in Plaintiff's Petition, is limited to amount(s) actually paid or incurred by, or on behalf of, the Plaintiff.

XI.
## PRIOR OR SUBSEQUENT INJURIES

Some or all of Plaintiff's alleged injuries and damages are the result of pre-existing and/or subsequently occurring bodily injuries, ailments, conditions, or stressors unrelated to the incident that is the basis of this lawsuit.

XII.
## FAILURE TO MITIGATE DAMAGES

Defendant would show that Plaintiff failed to act as a person of ordinary prudence would have done under the same or similar circumstances in caring for and treating the injuries of Plaintiff, if any, that resulted from this accident and/or in failing to mitigate the damages, if any, of Plaintiff.

XIII.
## DEFENDANT'S TEXAS RULES OF EVIDENCE 609(f) REQUEST

Defendant request that Plaintiff, pursuant to Texas Rules of Evidence 609(f), give Defendants sufficient advanced written notice of Plaintiff's intent to use evidence of a conviction of a crime under Rule 609(f) against any party or witness in this case, with failure to do so resulting in inadmissibility of the same.

XIV.
## AUTHENTICATION

Pursuant to Texas Rule of Civil Procedure 193.7, Defendant hereby serves notice that Plaintiff and/or Co-Defendants' production of a document in response to written discovery authenticates the document for use against that party in any pretrial proceeding or at trial

XV.
## JURY DEMAND

Pursuant to Rule 216 of the Texas Rules of Civil Procedure, Defendant demands a jury trial. The appropriate jury fee has been or will be paid to the clerk of the court within thirty (30) days in advance of the trial setting.

XVI.
## DESIGNATED E-SERVICE MAIL ADDRESS

The following is the undersigned attorney's designation of electronic service email address for all electronically served documents and notices, filed and unfiled, pursuant to Texas Rules of Civil Procedure 21(f)(2) & 21(a). (Efiling@meaderslaw.com). This is the undersigned's only

electronic service email address, and service through any other email address will be considered invalid.

PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Defendant prays that its Special Exceptions be set for hearing and granted in full, and upon final hearing of this cause, the Court enter judgment that Plaintiff takes, nothing of and from Defendant, assess costs and attorneys' fees against Plaintiff, and award Defendant all other and further relief, both general and special, legal or equitable, to which Defendant may be justly entitled.

Respectfully submitted,

_____
CARRIE L. GARCIA SANDERS
TX State Bar No. 24040948
MEADERS & ALFARO
ATTORNEYS AT LAW
5400 Lyndon B Johnson Fwy, Suite 710
Dallas, Texas 75240
Telephone: (214) 721-6210
Direct Dial: (214) 721-6245
Facsimile: (214) 721-6289
Email: Carrie.GarciaSanders@meaderslaw.com
Eservice: Efiling@meaderslaw.com

ATTORNEYS FOR DEFENDANT
WIN-HOLT

## <u>CERTIFICATE OF SERVICE</u>

       This is to certify that a true and correct copy of the above and foregoing document has been served upon all counsel of record on the 14 June 2024 via eservice in accordance with the Texas Rules of Civil Procedure:

***<u>Via E-Service:  rolando@cainfirm.com</u>***
Rolando de la Garza
CAIN LAW FIRM, PC
301 Commerce Street, Suite 2395
Fort Worth, TX 75102
*Attorneys for Plaintiff*


                                              _____
                                              CARRIE L. GARCIA SANDERS

# TAB NO. 15

Electronically Filed
6/17/2024 12:14 PM
District Clerk
Hood County, Texas

CAUSE NO. C2024139

| | | |
|---|---|---|
| JORETTA WILLIAMS, | § | |
| *Plaintiff,* | § | IN THE DISTRICT COURT OF |
| | § | |
| v. | § | |
| | § | |
| WAL-MART STORES TEXAS, LLC, | § | HOOD COUNTY, TEXAS |
| WALMART INC., WIN-HOLT, | § | |
| CANNON EQUIPMENT, AND | § | |
| NATIONAL CART CO., | § | |
| *Defendants.* | § | 355TH JUDICIAL DISTRICT |

## DEFENDANT NATIONAL CART CO.'S SPECIAL EXCEPTIONS AND ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, NATIONAL CART CO. ("Defendant" or "National Cart"), and files its Special Exceptions and Answer to Plaintiff's Original Petition, and respectfully show the Court the following:

### I.    SPECIAL EXCEPTIONS

The purpose of special exceptions is to inform the opposing party of defects in her pleadings so she can cure them, if possible, by amendment. *Horizon/CMS Healthcare Corp. v. Auld*, 34 S.W.3d 887, 897 (Tex. 2000). Texas follows the "fair notice" standard for pleading, which looks at whether the opposing party can ascertain from the pleading the nature and basic issues of the controversy and what testimony will be relevant. *Id*. at 896; see also Tex. R. Civ. P. 45(b), Tex. R. Civ. P. 47(a).

If the plaintiff pleads a cause of action in general terms, the defendant may file special exceptions to require the plaintiff to plead specifically. *Subia v. Texas Dept. of Human Servs.*, 750 S.W.2d 827, 829 (Tex. App.—El Paso 1988, no writ). If the plaintiff's petition does not give fair notice of the facts, the trial court can either require the plaintiff to amend her petition or require the

defendant to obtain additional facts through discovery. Similarly, if the plaintiff does not plead all the elements of its cause of action, the defendant may file special exceptions to require the plaintiff to plead specifically. *See Mowbray v. Avery*, 76 S.W.3d 663, 677 (Tex. App.—Corpus Christi 2002, pet. denied).

Defendant objects and specially excepts to Plaintiff's Petition entitled Negligence and Gross Negligence on the basis that it is completely devoid of any description of what acts or omissions on the part of National Cart proximately caused Plaintiff's injuries and damages.

Here, Plaintiff's Petition fails to allege National Cart's involvement, specifically failing to state any facts against National Cart on which to base a claim for negligence, gross negligence, or the negligence of others. In her Petition, Plaintiff lists acts and omissions a-j that they purport amount to ordinary negligence, without making any differentiation between which acts or omissions apply to each of the five Defendants as follows:

> At the time of The Incident, Defendants Wal-Mart Stores Texas, LLC, Walmart Inc., Win-Holt, Cannon Equipment, and National Cart Co. were negligent in one or more of the following particulars:
>
> a. In failing to keep such a lookout as a person of ordinary prudence would have kept under the same or similar circumstances;
> b. In failing to timely stop the equipment in order to avoid the collision in question;
> c. Pushing the equipment at a rate of speed which was greater than that which an ordinarily prudent person would have under the same or similar circumstances;
> d. In failing train how to handle equipment properly;
> e. In failing to maintain equipment in a safe condition;
> f. In following the customer too closely;
> g. In failing to take proper evasive action;
> h. In not instituting a operation policy on how to handle shopping carts.
> i. In failing to follow operation procedure on how to handle shopping carts.
> j. In failing to keep the equipment from hitting the Plaintiff. [1]

---

[1] *See* Plaintiff's Original Petition, p. 4.

None of the listed acts or omissions are attributable to any of the Cart Defendants, nor are they sufficient notice of Plaintiff's claims against the Cart Defendants. Similarly in her claim for gross negligence, she fails to describe the acts or omissions attributable to National Cart which could be considered proper notice of alleged grossly negligent conduct.

National Cart respectfully requests that this Court order Plaintiff to replead, naming the actual manufacturer, designer, seller, or marketer of the cart at issue, and giving proper notice of the purported acts or omissions which amount to alleged negligence or gross negligence on behalf of National Cart. National Cart further requests that if Plaintiff fails to replead, Plaintiff's causes of action for negligence and gross negligence against National Cart be dismissed with prejudice.

Further, Plaintiff states simply Defendant National Cart's conduct constitutes negligence, but fails to give one example as to how or why it believes National Cart was negligent. Defendant cannot adequately prepare a defense unless it knows what acts or omissions Plaintiff will allege at trial constituted negligence.

## II.    ANSWER

### A.    GENERAL DENIAL

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendant denies each and every, all and singular, the allegations contained in Plaintiff Joretta Williams' Original Petition and any amendments thereto, and demands strict proof thereof. Defendant reserves the right to amend or supplement this Amended Answer as allowed by the Texas Rules of Civil Procedure.

Defendant National Cart hereby demands a trial by jury.

**WHEREFORE, PREMISES CONSIDERED**, Defendant respectfully requests the Court to set its special exceptions for hearing and, after hearing, sustain its special exceptions and order Plaintiff to replead and cure her pleading defects and, if Plaintiff does not cure her defects,

Defendant requests that the Court strike the defective portions of Plaintiff's pleading. Defendant requests any such other and further relief, both at law and in equity, to which Defendant may show themselves justly entitled.

Respectfully submitted,

*/s/ Brittany Davis*
Susan Abbott Schwartz
State Bar No. 00797900
susan.schwartz@wilsonelser.com
Brittany L. Davis
Texas Bar No. 24093404
brittany.davis@wilsonelser.com
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
901 Main Street, Suite 4800
Dallas, Texas 75202
214-698-8000 – telephone
214-698-1101 – telecopier

**ATTORNEY FOR DEFENDANT NATIONAL CART CO.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on all counsel of record in accordance with the Texas Rules of Civil Procedure, on June 17, 2024.

*/s/ Brittany Davis*
Brittany L. Davis

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Shelly Wells on behalf of Brittany Davis
Bar No. 24093404
shelly.wells@wilsonelser.com
Envelope ID: 88870565
Filing Code Description: Answer/ Response
Filing Description: DEFENDANT NATIONAL CART CO.S SPECIAL EXCEPTIONS AND ORIGINAL ANSWER TO PLAINTIFFS ORIGINAL PETITION
Status as of 6/17/2024 12:40 PM CST

Associated Case Party: Wal-Mart Stores Texas, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Stacy H.Bruce | | sbruce@cobbmartinez.com | 6/17/2024 12:14:50 PM | SENT |
| Missy Ramirez | | mramirez@cobbmartinez.com | 6/17/2024 12:14:50 PM | SENT |

Associated Case Party: Win-Holt

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Autna Mitchell | | almitchell@meaderslaw.com | 6/17/2024 12:14:50 PM | SENT |
| Meaders & Alfaro eservice | | efiling@meaderslaw.com | 6/17/2024 12:14:50 PM | SENT |
| Andrew Beckman | | andrew.beckman@meaderslaw.com | 6/17/2024 12:14:50 PM | SENT |
| Carrie GarciaSanders | | carrie.garciasanders@meaderslaw.com | 6/17/2024 12:14:50 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Rolando De La Garza | | rolando@cainfirm.com | 6/17/2024 12:14:50 PM | SENT |
| Teresa Reeves | | treeves@wslawpc.com | 6/17/2024 12:14:50 PM | SENT |
| Eservice Cain Firm | | eservice@cainfirm.com | 6/17/2024 12:14:50 PM | SENT |
| Monica Luna | | mluna@cainfirm.com | 6/17/2024 12:14:50 PM | SENT |

Associated Case Party: National Cart Co.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Shelly Wells on behalf of Brittany Davis
Bar No. 24093404
shelly.wells@wilsonelser.com
Envelope ID: 88870565
Filing Code Description: Answer/ Response
Filing Description: DEFENDANT NATIONAL CART CO.S SPECIAL EXCEPTIONS AND ORIGINAL ANSWER TO PLAINTIFFS ORIGINAL PETITION
Status as of 6/17/2024 12:40 PM CST

Associated Case Party: National Cart Co.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Susan Schwartz | | susan.schwartz@wilsonelser.com | 6/17/2024 12:14:50 PM | SENT |
| Brittany Davis | | brittany.davis@wilsonelser.com | 6/17/2024 12:14:50 PM | SENT |
| Shelly Wells | | shelly.wells@wilsonelser.com | 6/17/2024 12:14:50 PM | SENT |
| Jane Myers | | jane.myers@wilsonelser.com | 6/17/2024 12:14:50 PM | SENT |
| Sam Myers | | sam.myers@wilsonelser.com | 6/17/2024 12:14:50 PM | SENT |

# TAB NO. 16

Electronically Filed
6/20/2024 12:00 AM
District Clerk
Hood County, Texas

CAUSE NO. C2024139

| | | |
|---|---|---|
| **JORETTA WILLIAMS,** | § | **IN THE DISTRICT COURT OF** |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | |
| | § | |
| | § | **HOOD COUNTY, TEXAS** |
| **WAL-MART STORES TEXAS, LLC,** | § | |
| **WALMART INC., WIN-HOLT,** | § | |
| **CANNON EQUIPMENT, AND** | § | |
| **NATIONAL CARTO CO.,** | § | |
| *Defendant*. | § | **355TH JUDICIAL DISTRICT** |

---

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

---

**TO THE HONORABLE JUDGE OF THIS COURT:**

**COMES** NOW Defendants Wal-Mart Stores Texas, LLC and Walmart Inc. (improper party) two of the Defendants in the above-entitled and numbered cause, and files this its Motion to Substitute Counsel and would respectfully show the Court as follows:

### I.

Defendant Wal-Mart Stores Texas, LLC and Walmart Inc. are requesting that Clarissa A. Price and Derek S. Davis of the law firm of Cooper & Scully, P.C., be substituted in the place of Stacy Hoffman Bruce and the firm of Cobb Martinez Woodward PLLC, as attorneys of record for Defendants Wal-Mart Stores Texas, LLC and Walmart Inc.

The pertinent information regarding Defendants' new counsel is:

Derek S. Davis
State Bar No. 00793591
Derek.Davis@cooperscully.com
Clarissa A. Price
State Bar No. 24082450
Clarissa A. Price@cooperscully.com

COOPER & SCULLY PC
900 Jackson Street, Suite 100
Dallas, Texas 75201

Telephone:  (214) 712-9500
Facsimile:  (214) 712-9540

## II.

Defendants Wal-Mart Stores Texas, LLC and Walmart Inc. approves and requests this substitution of attorneys.  This withdrawal and substitution is sought in good faith, and is not being sought for delay or any other purpose.

**WHEREFORE, PREMISES CONSIDERED**, Defendants Wal-Mart Stores Texas, LLC and Walmart Inc. respectfully request that this Motion to Substitute Counsel be granted, and any other relief to which it may be justly entitled.

Respectfully submitted,

**COOPER & SCULLY, P.C.**

By:      */s/ Derek S. Davis*
         **DEREK S. DAVIS**
         Texas Bar No. 00793591
         Email:  Derek.Davis@CooperScully.com
         **CLARISSA A. PRICE**
         Texas Bar No. 24082450
         Email: Clarissa.Price@CooperScully.com

900 Jackson, Suite 100
Dallas, TX 75202
Telephone: (214) 712-9500
Facsimile:  (214) 712-9540

*And*

**COBB MARTINEZ WOODWARD PLLC**

By:      */s/ Stacy Hoffman Bruce*
         **STACY HOFFMAN BRUCE**
         Texas Bar No. 24036793
         Email:  sbruce@cobbmartinez.com

17000 Pacific Avenue, Suite 3100
Dallas, Texas 75201
Telephone:  (214) 220-5210
Facsimile:  (214) 220-5299
**ATTORNEYS FOR**
**WAL-MART STORES TEXAS, LLC**

## CERTIFICATE OF CONFERENCE

This is to certify that I have conferred with all counsel of record and they do not oppose this motion.

         */s/ Clarissa A. Price*
         **CLARISSA A. PRICE**

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th Day of June, 2024, a true and correct copy of the foregoing instrument was served on all counsel of record named below, via the court's ECF system.

         */s/ Clarissa A. Price*
         **CLARISSA A. PRICE**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Tiffany Riley on behalf of Clarissa Price
Bar No. 24082450
tiffany.riley@cooperscully.com
Envelope ID: 88973846
Filing Code Description: Motion (No Fee)
Filing Description: Motion to Withdraw and Substitute Counsel
Status as of 6/21/2024 11:30 AM CST

Associated Case Party: Wal-Mart Stores Texas, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Stacy H.Bruce | | sbruce@cobbmartinez.com | 6/19/2024 2:59:36 PM | SENT |
| Missy Ramirez | | mramirez@cobbmartinez.com | 6/19/2024 2:59:36 PM | SENT |
| Derek Davis | | Derek.Davis@cooperscully.com | 6/19/2024 2:59:36 PM | SENT |
| Clarissa Price | | Clarissa.Price@cooperscully.com | 6/19/2024 2:59:36 PM | SENT |
| Kim Denton | | Kim.Denton@cooperscully.com | 6/19/2024 2:59:36 PM | SENT |

Associated Case Party: Win-Holt

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Autna Mitchell | | almitchell@meaderslaw.com | 6/19/2024 2:59:36 PM | SENT |
| Meaders & Alfaro eservice | | efiling@meaderslaw.com | 6/19/2024 2:59:36 PM | SENT |
| Andrew Beckman | | andrew.beckman@meaderslaw.com | 6/19/2024 2:59:36 PM | SENT |
| Carrie GarciaSanders | | carrie.garciasanders@meaderslaw.com | 6/19/2024 2:59:36 PM | SENT |

Associated Case Party: National Cart Co.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Susan Schwartz | | susan.schwartz@wilsonelser.com | 6/19/2024 2:59:36 PM | SENT |
| Brittany Davis | | brittany.davis@wilsonelser.com | 6/19/2024 2:59:36 PM | SENT |
| Shelly Wells | | shelly.wells@wilsonelser.com | 6/19/2024 2:59:36 PM | SENT |
| Jane Myers | | jane.myers@wilsonelser.com | 6/19/2024 2:59:36 PM | SENT |
| Sam Myers | | sam.myers@wilsonelser.com | 6/19/2024 2:59:36 PM | SENT |
| Marisa Perchez | | marisa.perchez@wilsonelser.com | 6/19/2024 2:59:36 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Tiffany Riley on behalf of Clarissa Price
Bar No. 24082450
tiffany.riley@cooperscully.com
Envelope ID: 88973846
Filing Code Description: Motion (No Fee)
Filing Description: Motion to Withdraw and Substitute Counsel
Status as of 6/21/2024 11:30 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Rolando De La Garza | | rolando@cainfirm.com | 6/19/2024 2:59:36 PM | SENT |
| Teresa Reeves | | treeves@wslawpc.com | 6/19/2024 2:59:36 PM | SENT |
| Eservice Cain Firm | | eservice@cainfirm.com | 6/19/2024 2:59:36 PM | SENT |
| Monica Luna | | mluna@cainfirm.com | 6/19/2024 2:59:36 PM | SENT |

# TAB NO. 17

Electronically Filed
6/20/2024 12:50 PM
District Clerk
Hood County, Texas

## CAUSE NO. C2024139

| | | |
|---|---|---|
| **JORETTA WILLIAMS,** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | **HOOD COUNTY, TEXAS** |
| **WAL-MART STORES TEXAS, LLC,** | § | |
| **WALMART INC., WIN-HOLT,** | § | |
| **CANNON EQUIPMENT, AND** | § | |
| **NATIONAL CART CO.,** | § | |
| | § | |
| *Defendants.* | § | **355TH JUDICIAL DISTRICT** |

## DEFENDANT CANNON EQUIPMENT'S ORIGINAL ANSWER AND SPECIAL EXCEPTIONS

Defendant Cannon Equipment (hereinafter "Defendant" or "Defendant Cannon") files this its Original Answer to Plaintiff's Original Petition and would respectfully show the Court the following:

### I.     GENERAL DENIAL

1.     Defendant generally denies each and every, all and singular, the material allegations contained in Plaintiff's Original Petition and demands strict proof thereof at the same time of trial.

### II.     AFFIRMATIVE DEFENSES

2.     Defendant affirmatively pleads that Plaintiff's claims are barred in whole or in part to the extent the negligent acts or omissions of Plaintiff caused or contributed to Plaintiff's alleged damages.

3.     Defendant affirmatively pleads that the damages complained of in this matter were brought about by new and independent causes and/or causes of action and, therefore, such new and independent causes became the immediate and/or effective cause or causes of the damages

sustained, if any, and thus, any of the alleged negligent acts and/or omissions complained of against Defendant are wholly remote and not causative of the damages claimed.

4.      Defendant affirmatively pleads that Plaintiff's claims are barred in whole or in part because the alleged damages were caused by the negligent acts and/or omissions of other parties, including responsible third parties, over whom Defendant exercised no control and for whose acts and/or omissions Defendant cannot be held responsible.

5.      Defendant affirmatively asserts the doctrine of proportionate responsibility and comparative fault (as contained in Chapter 33 of the Texas Civil Practice and Remedies Code) to the extent that any other party or responsible third party is responsible wholly, or partially, for Plaintiff's alleged damages.

6.      Defendant affirmatively pleads that Plaintiff failed to properly mitigate any alleged damages.

7.      Defendant affirmatively asserts application of Texas Civil Practice and Remedies Code §18.091, requiring evidence related to loss of earnings, loss of earning capacity, and loss of contribution of a pecuniary value, or loss of inheritance, to be presented in the form of a net loss after reduction for income tax payments or unpaid tax liability pursuant to any federal income tax law. Defendant further requests that the Court instruct the jury as to whether any recovery for compensatory damages sought by the Plaintiff is subject to federal or state income taxes.

8.      Defendant affirmatively asserts the provisions of Texas Civil Practice and Remedies Code §41.0105 limiting Plaintiff's recovery of medical or health care expenses to amounts actually paid or incurred by Plaintiff or on Plaintiff's behalf.

9.      Defendant affirmatively plead the restrictions and limitations set forth in Section 41 of the Texas Civil Practice and Remedies Code, and Defendant intend to invoke the damage cap imposed thereunder in the unlikely event exemplary damages are awarded.

### III.    SPECIAL EXCEPTIONS

10.     The purpose of special exceptions is to inform the opposing party of defects in her pleadings so she can cure them, if possible, by amendment. *Horizon/CMS Healthcare Corp. v. Auld.*, 34 S.W.3d 887, 897 (Tex. 2000). Texas follows the "fair notice" standard for pleading, which looks at whether the opposing party can ascertain from the pleading the nature and basic issues of the controversy and what testimony will be relevant. *Id.* at 896; *see also* TEX. R. CIV. P. 45(B), TEX. R. CIV. P. 47(a).

11.     If the plaintiff pleads a cause of action in general terms, the defendant may file special exceptions to require the plaintiff to plead specifically. *Subia v. Texas Dept. of Human Servs.*, 750 S.W.2d 827, 829 (Tex. App.—El Paso 1988, no writ). If the plaintiff's petition does not give fair notice of the facts, the trial court can either require the plaintiff to amend her petition or require the defendant to obtain additional facts through discovery. Similarly, if the plaintiff does not plead all the elements of its cause of action, the defendant may file special exceptions to require the plaintiff to plead specifically. *See Mowbray v. Avery*, 76 S.W.3d 663, 677 (Tex. App.—Corpus Christi 2002, pet. denied).

12.     Defendant objects and specially excepts to the section entitled "Facts" Paragraphs VII.1 and VII.2 of Plaintiffs' Original Petition on the grounds that Plaintiff has failed to put Defendant on notice of any facts on which they rely upon regarding Defendant's involvement in the incident that allegedly injured Plaintiff.

13.     Defendant objects and specially excepts to the section entitled "Negligence" Paragraphs VIII.A.1-2 of Plaintiff's Original Petition on the basis that it is completely devoid of any description of what acts or omissions on the part of Defendant Cannon proximately caused Plaintiff's injuries and damages.

14.     Defendant objects and specially excepts to the section entitled "Gross Negligence" Paragraphs VIII.B of Plaintiff's Original Petition on the basis that it is completely devoid of any description of what acts or omissions on the part of Defendant Cannon proximately caused Plaintiff's injuries and damages.

15.     Here, Plaintiff's Petition fails to allege Defendant Cannon's involvement, specifically failing to state any facts against Defendant Cannon on which to base a claim for negligence, gross negligence, or the negligence of others. In her Petition, Plaintiff lists acts and omissions a-j that she purports amount to ordinary negligence, without making any differentiation between which acts or omissions apply to each of the five Defendants as follows[1]:

a.  In failing to keep such a lookout as a person of ordinary prudence would have kept under the same or similar circumstances;
b.  In failing to timely stop the equipment in order to avoid the collision in question;
c.  Pushing the equipment at a rate of speed which was greater than that which an ordinarily prudent person would have under the same or similar circumstances;
d.  In failing train how to handle equipment properly;
e.  In failing to maintain equipment in a safe condition;
f.  In following the customer too closely;
g.  In failing to take proper evasive action;
h.  In not instituting a operation policy on how to handle shopping carts.
i.  In failing to follow operation procedure on how to handle shopping carts.
j.  In failing to keep the equipment from hitting the Plaintiff.

---

[1] *See* Plaintiff's Original Petition, p. 4.

16.    None of the listed acts or omissions are attributable to any of the three Cart Defendants, nor are they sufficient notice of Plaintiff's claims against the Defendant Cannon or any individual Cart Defendant. Similarly, in her claim for gross negligence, she fails to describe the acts or omissions attributable to Defendant Cannon which could be considered proper notice of alleged grossly negligent conduct.

17.    Defendant Cannon respectfully requests that this Court order Plaintiff to replead, naming the actual manufacturer, designer, seller, or marketer of the cart at issue, and giving proper notice of the purported acts or omissions which amount to alleged negligence or gross negligence on behalf of Defendant Cannon. Defendant Cannon further requests that if Plaintiff fails to replead, Plaintiff's causes of action for negligence and gross negligence against Defendant Cannon be dismissed with prejudice.

18.    Further, Plaintiff states simply Defendant Cannon's conduct constitutes negligence, but fails to give one purported example as to how or why it believes Defendant Cannon was negligent. Defendant Cannon cannot adequately prepare a defense unless it knows what acts or omissions Plaintiff will allege at trial constituted negligence.

WHEREFORE, PREMISES CONSIDERED, Defendant Cannon Equipment respectfully request the Court to set its special exceptions for hearing and after haring, sustain its special exceptions and order Plaintiff to replead and cure pleading defects and, if Plaintiff does to cure its defects, Defendant requests that the Court strike the defective portions of Plaintiff's pleading. Defendant further prays that all the Plaintiff's claims and causes of action be dismissed with prejudice, that all relief requested by Plaintiff be denied, that Defendant recover all relief sought herein, that all costs be taxed against Plaintiff, and that Defendant be granted such other and further relief, at law or in equity, special or general, to which it is justly entitled.

Respectfully submitted,

WADDELL SERAFINO GEARY RECHNER
JENEVEIN, P.C.

*/s/ Linda M. Haddad*
**BARRY L. HARDIN**
State Bar No. 08961900
bhardin@wslawpc.com
**LINDA M. HADDAD**
State Bar No. 24086723
1717 Main Street, 25th Floor
Dallas, Texas  75201
(214) 979-7400 – Telephone
(214) 979-7402 – Facsimile

ATTORNEYS FOR DEFENDANT
CANNON EQUIPMENT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing instrument has been served upon all counsel of record via eFiling, on June 20, 2024.

*/s/ Linda M. Haddad*
Linda M. Haddad

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Teresa Reeves on behalf of Linda Haddad
Bar No. 24086723
treeves@wslawpc.com
Envelope ID: 89008745
Filing Code Description: Answer/ Response
Filing Description: Cannon Equipment's Original Answer and Special Exceptions
Status as of 6/21/2024 11:31 AM CST

Associated Case Party: Wal-Mart Stores Texas, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Stacy H.Bruce | | sbruce@cobbmartinez.com | 6/20/2024 12:50:58 PM | SENT |
| Missy Ramirez | | mramirez@cobbmartinez.com | 6/20/2024 12:50:58 PM | SENT |
| Derek Davis | | Derek.Davis@cooperscully.com | 6/20/2024 12:50:58 PM | SENT |
| Clarissa Price | | Clarissa.Price@cooperscully.com | 6/20/2024 12:50:58 PM | SENT |
| Kim Denton | | Kim.Denton@cooperscully.com | 6/20/2024 12:50:58 PM | SENT |

Associated Case Party: Win-Holt

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Autna Mitchell | | almitchell@meaderslaw.com | 6/20/2024 12:50:58 PM | SENT |
| Meaders & Alfaro eservice | | efiling@meaderslaw.com | 6/20/2024 12:50:58 PM | SENT |
| Andrew Beckman | | andrew.beckman@meaderslaw.com | 6/20/2024 12:50:58 PM | SENT |
| Carrie GarciaSanders | | carrie.garciasanders@meaderslaw.com | 6/20/2024 12:50:58 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Rolando De La Garza | | rolando@cainfirm.com | 6/20/2024 12:50:58 PM | SENT |
| Eservice Cain Firm | | eservice@cainfirm.com | 6/20/2024 12:50:58 PM | SENT |
| Monica Luna | | mluna@cainfirm.com | 6/20/2024 12:50:58 PM | SENT |

Associated Case Party: National Cart Co.

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Teresa Reeves on behalf of Linda Haddad
Bar No. 24086723
treeves@wslawpc.com
Envelope ID: 89008745
Filing Code Description: Answer/ Response
Filing Description: Cannon Equipment's Original Answer and Special Exceptions
Status as of 6/21/2024 11:31 AM CST

Associated Case Party: National Cart Co.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Susan Schwartz | | susan.schwartz@wilsonelser.com | 6/20/2024 12:50:58 PM | SENT |
| Brittany Davis | | brittany.davis@wilsonelser.com | 6/20/2024 12:50:58 PM | SENT |
| Shelly Wells | | shelly.wells@wilsonelser.com | 6/20/2024 12:50:58 PM | SENT |
| Jane Myers | | jane.myers@wilsonelser.com | 6/20/2024 12:50:58 PM | SENT |
| Sam Myers | | sam.myers@wilsonelser.com | 6/20/2024 12:50:58 PM | SENT |
| Marisa Perchez | | marisa.perchez@wilsonelser.com | 6/20/2024 12:50:58 PM | SENT |

Associated Case Party: Cannon Equipment

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Linda Haddad | | lhaddad@wslawpc.com | 6/20/2024 12:50:58 PM | SENT |
| Barry L Hardin | | bhardin@wslawpc.com | 6/20/2024 12:50:58 PM | SENT |
| Teresa Reeves | | treeves@wslawpc.com | 6/20/2024 12:50:58 PM | SENT |