UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JORETTA WILLIAMS,**

   Plaintiff,

v.                        No. 4:24-cv-00583-P

**WAL-MART STORES TEXAS LLC, ET AL.,**

   Defendants.

### ORDER

The Court received notification that the Parties settled in the instant dispute. The Court therefore **ORDERS** that all deadlines are **STAYED** until further ordered by the Court. The Parties shall file appropriate dismissal papers—either a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or an appropriate motion and corresponding proposed order—with the Clerk's Office **on or before February 25, 2025.**

**SO ORDERED** on this **11th day of February 2025.**

*[signature: Mark T. Pittman]*

**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE