# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| **JORETTA WILLIAMS,** | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 4:24-cv-00583-P |
| **WAL-MART STORES TEXAS, LLC, WALMART INC., WIN-HOLT, CANNON EQUIPMENT, AND NATIONAL CART CO.,** | § § § § § | |
| | § | |
| DEFENDANTS. | § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

**TO THE HONORABLE JUDGE OF THIS COURT:**

**COMES NOW**, Plaintiff Joretta Williams and Defendant Wal-Mart Stores Texas, LLC, *incorrectly named Walmart Inc.* (collectively the "Parties"), and files this Agreed Motion to Dismiss this lawsuit with Prejudice to its refiling. Plaintiff no longer wishes to prosecute the claims and causes of action, and therefore the Parties request the Court dismiss the case with prejudice.

**WHEREFORE,** the Parties respectfully request that the Court dismiss this action with prejudice against the rights of the Plaintiff to refiling this action or any part of it, and that all costs of court be taxed against the party incurring the same.

Respectfully submitted,

**COOPER & SCULLY, P.C.**

By:  */s/ Clarissa A. Price*
**DEREK S. DAVIS**
Texas Bar No. 00793591
Email:  Derek.Davis@CooperScully.com
**CLARISSA A. PRICE**
Texas Bar No. 24082450
Email:  Clarissa.Price@CooperScully.com

900 Jackson, Suite 100
Dallas, Texas 75202
(214) 712-9500
(214) 712-9540 (fax)
**ATTORNEYS FOR DEFENDANT
WAL-MART STORES TEXAS, LLC**

*And*

**DE LA GARZA FIRM, PLLC**

By:  */s/ Rolando De La Garza*
**ROLANDO DE LA GARZA**
Texas Bar No. 24097579
Email:  rolando@delagarzafirm.com

6777 Camp Bowie Blvd., Suite 450
Fort Worth, Texas 76116
Telephone: (214) 622-8154
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on all counsel of record named below, via facsimile, certified mail/return receipt request, electronic mail, and/or e-service on this 5th day of March 2024.

 */s/ Clarissa A. Price*
**CLARISSA A. PRICE**