IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JORETTA WILLIAMS,** | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 4:24-cv-00583-P |
| **WAL-MART STORES TEXAS, LLC, WALMART INC., WIN-HOLT, CANNON EQUIPMENT, AND NATIONAL CART CO.,** | § § § § | |
| | § | |
| DEFENDANTS. | § | |

**ORDER GRANTING AGREED MOTION TO DISMISS WITH PREJUDICE**

**CAME TO BE CONSIDERED,** Plaintiff Joretta Williams and Defendant Wal-Mart Stores Texas, LLC, *incorrectly named Walmart Inc.* (collectively the "Parties"), Agreed Motion to Dismiss with Prejudice, in the above-styled and numbered cause of action, and this Court, having been fully advised in the premises, now finds that the Agreed Motion should be, and is hereby, **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED**, and **DECREED** that the above-styled and numbered cause be, and the same hereby is, **DISMISSED** with prejudice.

All court costs shall be paid by the party incurring same.

All relief not expressly granted herein is denied.

**IT IS SO ORDERED.**

**SIGNED** on this the _____ day of _____ 2025.

_____
**PRESIDING JUDGE**